

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America v.<br><br>Vladislav Dmitriyevich Klyushin, a/k/a Vladislav Kliushin,<br>Ivan Sergeyevich Ermakov, a/k/a Ivan Yermakov,<br>Igor Sergeevich Sladkov,<br>Mikail Vladimirovich Irzak, a/k/a Mikka Irzak, and<br>Nikolai Mikhaylovich Rumiantcev, a/k/a Nikolay Rumyantsev<br><br>*Defendant(s)* | Case No.<br>21-MJ-2090 (MBB) (under seal) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2018 to 2020__ in the county of __Suffolk__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit computer intrusion, wire fraud, and securities fraud, contrary to 18 U.S.C. §§ 1030(a)(4) & 1343 and 15 U.S.C. §§ 78j(b) and 78ff(a). |

*DOCKETED*

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT BJ KANG

☑ Continued on the attached sheet.

_____B.J. Kang by MBB_____
*Complainant's signature*

FBI SPECIAL AGENT BJ KANG
*Printed name and title*

Sworn to me telephonically.
Date:  ~~03/21/2021~~ March 20, 2021 @ 5:01 PM

_____Marianne B. Bowler /mb/_____
*Judge's signature*

City and state:  BROOKLINE, MASSACHUSETTS    HONORABLE MARIANNE B. BOWLER, U.S.M.J.
*Printed name and title*