JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**     U.S. District Court - District of Massachusetts

**Place of Offense:**     Category No.  I     Investigating Agency  FBI

City _____     **Related Case Information:**

County  Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   20-MJ-2221-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   VLADISLAV DMITRIYEVICH KLYUSHIN     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name   VLADISLAV KLIUSHIN

Address   (City & State)

Birth date (Yr only): 1980   SSN (last4#): _____   Sex M   Race: WHITE   Nationality: RUSSIAN

Defense Counsel if known: _____   Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Seth B. Kosto and Stephen E. Frank     Bar Number if applicable _____

Interpreter:  ☑ Yes  ☐ No     List language and/or dialect: Russian

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial   on _____
☐ On Pretrial Release:  Ordered by: _____

Charging Document:  ☑ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:  ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  03/19/2021     Signature of AUSA: _____

1-2

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit computer intrusion, wire fraud, and securities fraud contrary to 18 U.S.C. §§ 1030(a)(4) & 1343 and 15 U.S.C. §§ 78j(b) and 78ff(a). | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Category No. I   Investigating Agency: FBI

City: _____

County: Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number: 20-MJ-2221-MBB
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: IVAN SERGEYEVICH ERMAKOV   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: IVAN YERMAKOV

Address: (City & State)

Birth date (Yr only): ___ SSN (last4#): ___ Sex: M   Race: ___   Nationality: Russian

Defense Counsel if known: ___   Address: ___

Bar Number: ___

### U.S. Attorney Information:

AUSA: Seth B. Kosto and Stephen E. Frank   Bar Number if applicable: ___

Interpreter: ☐ Yes ☑ No   List language and/or dialect: ___

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

### Location Status:

Arrest Date: ___

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

Charging Document: ☑ Complaint ☐ Information ☐ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/19/2021   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 371 | Conspiracy to commit computer intrusion, wire fraud, and securities fraud contrary to 18 U.S.C. §§ 1030(a)(4) & 1343 and 15 U.S.C. §§ 78j(b) and 78ff(a). | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Category No. I   Investigating Agency  FBI

City _____   **Related Case Information:**

County  Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  20-MJ-2221-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  IGOR SERGEEVICH SLADKOV    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  (City & State) _____

Birth date (Yr only): ____  SSN (last4#): ____  Sex  M   Race: ____   Nationality:  RUSSIAN

**Defense Counsel if known:** _____   Address _____

Bar Number _____

DOCKETED

**U.S. Attorney Information:**

AUSA  Seth B. Kosto and Stephen E. Frank   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  03/19/2021    Signature of AUSA: _____

1-2

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit computer intrusion, wire fraud, and securities fraud contrary to | 1 |
| Set 2 | | 18 U.S.C. §§ 1030(a)(4) & 1343 and 15 U.S.C. §§ 78j(b) and 78ff(a). | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

*(stamp: HSD)*

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Category No. I   Investigating Agency: FBI

**City:** ___

**County:** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. ___   Case No. ___
Same Defendant ___   New Defendant ___
Magistrate Judge Case Number ___
Search Warrant Case Number   20-MJ-2221-MBB
R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name: MIKHAIL VLADIMIROVICH IRZAK   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: MIKKA IRZAK

Address: (City & State)

Birth date (Yr only): ___   SSN (last4#): ___   Sex: M   Race: ___   Nationality: RUSSIAN

Defense Counsel if known: ___   Address: ___

Bar Number: ___

**U.S. Attorney Information:**

AUSA: Seth B. Kosto and Stephen E. Frank   Bar Number if applicable: ___

Interpreter: ☐ Yes ☑ No   List language and/or dialect: ___

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: ___

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/19/2021   Signature of AUSA: ___

1-2

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit computer intrusion, wire fraud, and securities fraud contrary to 18 U.S.C. §§ 1030(a)(4) & 1343 and 15 U.S.C. §§ 78j(b) and 78ff(a). | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** I    **Investigating Agency** FBI

**City** ___

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. ___ Case No. ___
Same Defendant ___ New Defendant ___
Magistrate Judge Case Number ___
Search Warrant Case Number 20-MJ-2221-MBB
R 20/R 40 from District of ___

### Defendant Information:

**Defendant Name** NIKOLAI MIKHAYLOVICH RUMIANTCEV    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** NIKOLAY RUMYANTSEV

**Address** (City & State) ___

**Birth date (Yr only):** ___ **SSN (last4#):** ___ **Sex** M **Race:** ___ **Nationality:** Russian

**Defense Counsel if known:** ___ **Address** ___

**Bar Number** ___

### U.S. Attorney Information:

**AUSA** Seth B. Kosto and Stephen E. Frank    **Bar Number if applicable** ___

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: ___

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

### Location Status:

**Arrest Date** ___

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 03/19/2021    Signature of AUSA: ___

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit computer intrusion, wire fraud, and securities fraud contrary to | 1 |
| Set 2 | | 18 U.S.C. §§ 1030(a)(4) & 1343 and 15 U.S.C. §§ 78j(b) and 78ff(a). | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____