

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
VLADISLAV DMITRIYEVICH KLYUSHIN, also known as VLADISLAV KLIUSHIN

*Defendant*

Case No. 21-MJ-2090-MBB-ARW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* VLADISLAV DMITRIYEVICH KLYUSHIN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit computer intrusion, wire fraud and securities fraud, in violation of Title 18, United States Code, Section 371, and contrary to Title 18, United States Code, Sections 1030(a)(4) and 1343, and Title 15, United States Code, Sections 78j(b) and 78ff(a), respectively.

Date: March 20, 2021

Marianne B. Bowler, USMJ
*Issuing officer's signature*

City and state: Brookline, Massachusetts

Hon. Marianne B. Bowler, U.S.M.J
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________
at *(city and state)* ______________.

Date: ______________

______________
*Arresting officer's signature*

______________
*Printed name and title*

4

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: VLADISLAV DMITRIYEVICH KLYUSHIN

Known aliases: VLADISLAV KLIUSHIN

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: Moscow, USSR

Date of birth: 09/08/1980

Social Security number:

Height: 6'0" Weight: 195

Sex: Male Race: White

Hair: Black Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation
601 4th St NW, Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:



AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
IVAN SERGEYEVICH ERMAKOV, also known as IVAN YERMAKOV

*Defendant*

Case No. 21-MJ-2090-MBB-ARW

DOCKETED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* IVAN SERGEYEVICH ERMAKOV,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit computer intrusion, wire fraud and securities fraud, in violation of Title 18, United States Code, Section 371, and contrary to Title 18, United States Code, Sections 1030(a)(4) and 1343, and Title 15, United States Code, Sections 78j(b) and 78ff(a), respectively.

Date: March 20, 2021

Marianne B. Bowler USMJ
*Issuing officer's signature*

City and state: Brookline, Massachusetts

Hon. Marianne B. Bowler, U.S.M.J
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*

4

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: IVAN SERGEYEVICH ERMAKOV

Known aliases: IVAN YERMAKOV

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: Weight:

Sex: Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation
601 4th St NW, Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:



AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
MIKHAIL VLADIMIROVICH IRZAK, also known as MIKKA IRZAK

*Defendant*

Case No. 21-MJ-2090-MBB-ARW

DOCKETED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MIKHAIL VLADIMIROVICH IRZAK, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit computer intrusion, wire fraud and securities fraud, in violation of Title 18, United States Code, Section 371, and contrary to Title 18, United States Code, Sections 1030(a)(4) and 1343, and Title 15, United States Code, Sections 78j(b) and 78ff(a), respectively.

Date: March 20, 2021

Marianne B. Bowler, USMJ
*Issuing officer's signature*

City and state: BROOKLINE, MASSACHUSETTS

HONORABLE MARIANNE B. BOWLER, U.S.M.J.
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: ______

______
*Arresting officer's signature*

______
*Printed name and title*



AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: MIKHAIL VLADIMIROVICH IRZAK

Known aliases: MIKKA IRZAK

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: Weight:

Sex: Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation
601 4th St NW, Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

HSD

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
IGOR SERGEEVICH SLADKOV

*Defendant*

Case No. 21-MJ-2090-MBB-ARW

DOCKETED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* IGOR SERGEEVICH SLADKOV, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit computer intrusion, wire fraud and securities fraud, in violation of Title 18, United States Code, Section 371, and contrary to Title 18, United States Code, Sections 1030(a)(4) and 1343, and Title 15, United States Code, Sections 78j(b) and 78ff(a), respectively.

Date: March 20, 2021

Marianne B. Bowler, USMJ
*Issuing officer's signature*

City and state: BROOKLINE, MASSACHUSETTS

HONORABLE MARIANNE B. BOWLER, U.S.M.J.
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________ , and the person was arrested on *(date)* ______________ at *(city and state)* ______________________ .

Date: ______________

______________________
*Arresting officer's signature*

______________________
*Printed name and title*



**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: IGOR SERGEEVICH SLADKOV

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: Weight:

Sex: Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation
601 4th St NW, Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:



AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
NIKOLAI MIKHAYLOVICH RUMIANTCEV, also known as NIKOLAY RUMYANTSEV

*Defendant*

Case No. 21-MJ-2090-MBB-ARW

DOCKET

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* NIKOLAI MIKHAYLOVICH RUMIANTCEV, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit computer intrusion, wire fraud and securities fraud, in violation of Title 18, United States Code, Section 371, and contrary to Title 18, United States Code, Sections 1030(a)(4) and 1343, and Title 15, United States Code, Sections 78j(b) and 78ff(a), respectively.

Date: March 20, 2021

Marianne B. Bowler, USMJ
*Issuing officer's signature*

City and state: Brookline, Massachusetts

Hon. Marianne B. Bowler, U.S.M.J
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________.

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*



AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: NIKOLAI MIKHAYLOVICH RUMIANTCEV

Known aliases: NIKOLAY RUMYANTSEV

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: Weight:

Sex: Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation
601 4th St NW, Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: