# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PLACEHOLDER FOR
HSD Case

USA

Plaintiff(s)

v.                                                          Case Number:   21-cr-10104

John Doe 1, 2, and 5

Defendant(s)

## PLEASE USE THIS PLACEHOLDER TO FILE
## SEALED DOCUMENTS WITH HIGHLY SENSITIVE INFORMATION (HSI)
## IN BOTH CIVIL AND CRIMINAL CASES

**INSTRUCTIONS:**
1) FILE - File this placeholder in ECF in place of a sealed document with highly sensitive information (HSI) using the normal ECF event you would use to file a sealed document.
2) PRINT, ATTACH & SEAL- Print the filed placeholder from ECF as well as a copy of the NEF (Notice of Electronic Filing).  Attach both documents to the sealed document with HSI. Place inside of an envelope marked "SEALED HIGHLY SENSITIVE DOCUMENT."
3) DELIVER – Contemporaneously with the filing of the Placeholder Form in ECF, deliver or place in the mail the envelopes to the Clerk's Office.
4) COURTESY COPIES - Provide a courtesy copy to the presiding judge.