UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>VLADISLAV KLYUSHIN,<br>a/k/a "Vladislav Kliushin,"<br>IVAN ERMAKOV,<br>a/k/a "Ivan Yermakov," and<br>NIKOLAI RUMIANTCEV,<br>a/k/a "Nikolay Rumyantsev,"<br><br>    Defendants | 1:21-cr-10104 PBS/MBB |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT
## AND TO REMOVE "HSD" DESIGNATION

    The United States of America hereby moves this Court to direct that the indictment be unsealed.  In support of this motion, the government states that defendant Klyushin was extradited to the United States on December 18, 2021.  Because his arrest and extradition will become public at his initial appearance today, there is no further reason to keep the indictment secret as to the remaining defendants.  For the same reasons, there is no longer a need that this matter be designated as a case involving "Highly Sensitive Documents" under the Court's General Order 21-1 (Jan. 26, 2021).

                                               Respectfully submitted,

                                               NATHANIEL R. MENDELL
                                               Acting United States Attorney

By:    /s/Seth B. Kosto
          STEPHEN E. FRANK
          SETH B. KOSTO
          Assistant U.S. Attorneys

          Date:  December 20, 2021