UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 21-cr-10104-PBS |
| ) | |
| VLADISLAV KLYUSHIN ) | |
| Defendant ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned counsel and hereby enters his limited appearance on behalf of Vladislav Klyushin, defendant in the above captioned matter.

Respectfully Submitted,
Vladislav Klyushin,
By His Attorney,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

Dated: December 20, 2021

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, December 20, 2021, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

**/s/ Maksim Nemtsev**
Maksim Nemtsev