Your Honor,

My name is Boris Leonov, I am 38 years old. I started working at M13, the company founded and led by Vladislav Klyushin, in December 2013.

Vladislav created the company in order to finish an information and analytical system project, which the contractor company failed to deliver on time. But being a man of his word, and even without any actuall understanding of IT industry at the time, he hired employees at his own expense and managed to complete the project.

For 8 years I have been working my way up from the position of IT specialist to the CIO of M13. And all this is due to Vladislav. He is always ready to hear new proposals and support the development of both the company's products and self-development of employees, even if the financial benefits from it are uncertain. He is always ready to listen to all sides of any conflict, so he can understand and make an informed decision. You can always tell him when he is wrong about something and you'll never hear in response, as we say in Russia: "I'm the boss and you're the fool, go and do what you're told." I can describe him as a sincere, honest and kind man, who always thinks about his employees' needs.

In December 2015, I had an accident, I fell and the joint and several bones in my foot got fractured. I told this only to my colleague in the office and called an ambulance. A colleague passed the information to Vladislav, and he immediately sent a driver and ordered to take me to the best trauma center in our entire country. In fact, he paid out of his own funds for an expensive emergency operation and further treatment, and only thanks to his quick response and generosity, I did not become disabled and can still walk. He did all this out of the goodness of his heart. He never asked for any reimbursement of costs, and in general never touched upon the cost of treatment in our further communication.

A similar situation happened with my colleague who, as a result of an epileptic seizure, received a compression fracture of the spine. It was also only thanks to Vladislav that he did not become disabled.

I want to note that Vladislav treats his many employees very warmly, not even as subordinates, but as those who are near and dear to him, friends, colleagues. For me personally, over the years Vladislav has become more than just a company leader, but a friend on whom you can always count to give an advice or help.

In Russia soon we all will celebrate the New Year – it is a family holiday that means as much to us as the Christmas holiday means to the Catholic world. And it pains me to realize that Vladislav's big family will not be able to share the joys of this one magical night of the year with him.

December 20, 2021
Leonov Boris
M13 LLC CIO