Dear Judge,

My name is Vadim Anatolyevich Koval, I have been working in companies owned by Vladislav Dmitrievich Klyushin for more than 7 years. Due to the nature of my job I was engaged in various areas of work, but at the same time I was in constant contact with V.D. Klyushin, so I have been able to get to know not only his business habits, but also him as a person.
One of the main advantages of working under V.D.Klyushin is his immediately established friendly rapport with employees of any level, including ordinary workers and even cleaners. Despite strict demands pertaining to the employees' quality of work, here it is not at all common to raise your voice or insult a subordinate, whatever claims are made against them. During these 7 years, I have never come across such things and never witnessed this sort of disrespect to employees. And the main beacon of such humane attitude is V.D. Klyushin himself, who demands similar approaches to communication from all department heads.

Several times it so happened that I had some personal troubles and issues, so I had to repeatedly seek help from V.D. Klyushin, and each time he tried to provide maximum assistance in solving these problems. This was the case in 2018, when I asked him to assist with getting inpatient treatment for my father's oncology. This was the case last year, when, to improve my daughter's living conditions, I had to take out a mortgage loan for 5 years with a monthly payment too large for me. Having learned about this, V.D. Klyushin not only promised that the management of the company "M 13" would help me repay this mortgage loan ahead of schedule, but also, taking into account my conscientious attitude to work, he rewarded me several times with significant bonuses so I would be able to repay my debt to the bank as soon as possible.

From what I personally know, similar cases, when V.D. Klyushin helps employees who turn to him for help in a difficult situation, happen regularly. In addition, as far as I know, V.D.Klyushin on a regular basis helps the charity "House with a Lighthouse", which specializes in helping terminally ill children. He regularly donates considerable amounts of personal funds and funds of "M 13".

Due to these excellent qualities, V.D.Klyushin has well-deserved and indisputable respect from all employees - not only as a competent and caring leader, but also as a person who is ready to help his fellow humans at any moment. It is largely thanks to such a healthy atmosphere in the company, whose employees are always focused on creative approaches and achieving maximum results, that it in turn affects the reputation of the company "M 13" among its many clients. It is considered a reliable partner who always fulfills obligations to provide unique information and analytical services.

20.12.2021 г.                                                                             В.А. Коваль