Dear Judge,

I've been working with Vlad for only about a year, but I have a lot to say. First of all, I would like to highlight his personality, which made an extremely positive impression on me: when I had family difficulties and needed to leave work early, Vlad allowed me to work part-time in the office and even provided financial assistance, for which I am immensely grateful to him! He's a great person, very positive and friendly!

Many of my friends and acquaintances lost their jobs during the pandemic. And if not, they were furloughed or their salaries were significantly reduced, some by 20%, some by half. But as for our company, as far as I know, no one was let go or furloughed, and salaries stayed the same. Vlad thought about his employees first.

As a manager, he strives to organize work in our company in the best way possible, creates the most comfortable working conditions and atmosphere for all of us. Arranges excellent events and office retreats (the trip to Sochi alone was out of this world). Smart, competent, decent and fair. Vlad is greatly respected by our team.

Oksana Leontieva

19.12.2021