UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>VLADISLAV KLYUSHIN )<br>Defendant )<br>) | CRIMINAL NO. 21-cr-10104-PBS |

## NOTICE OF APPEARANCE

Now comes the undersigned counsel and hereby enters his appearance on behalf of Vladislav Klyushin, defendant in the above captioned matter.

Respectfully Submitted,<br>
Vladislav Klyushin,<br>
By His Attorney,<br>
<br>
<b>/s/ Maksim Nemtsev</b><br>
Maksim Nemtsev, Esq.<br>
Mass. Bar No. 690826<br>
20 Park Plaza, Suite 1000<br>
Boston, MA 02116<br>
(617) 227-3700<br>
menemtsev@gmail.com

Dated: January 3, 2022

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, January 3, 2022, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

<b>/s/ Maksim Nemtsev</b><br>
Maksim Nemtsev

1