**EMBASSY OF THE
RUSSIAN FEDERATION**
CONSULAR DIVISION

2641 TUNLAW RD, N.W.
WASHINGTON D.C. 20007
(202) 939-8907;(202)939-8913

Reg. № 3836/ко

December 30, 2021

Dear Sir/Madam

Please be informed that the Embassy of the Russian Federation in Washington, DC will not assist in concealing Vladislav KLYUSHIN (DOB: 09/08/1980) or removing him out of the jurisdiction of the United States if he is to be released pending trial.

The Embassy of the Russian Federation will not issue any travel documents or passport to Mr. Vladislav Klyushin while his criminal case before the District of Massachusetts is pending.

Sincerely,

/Minister-Counselor                                    Sergey V.Trepelkov