```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,         )
                  Plaintiff,      )
                                  )
vs.                               )  No. 21-CR-10104-PBS-1
                                  )
VLADISLAV KLYUSHIN,               )
                  Defendant.      )




           BEFORE THE HONORABLE MARIANNE B. BOWLER
                UNITED STATES MAGISTRATE JUDGE
                 STATUS CONFERENCE BY TELEPHONE




         John Joseph Moakley United States Courthouse
                      One Courthouse Way
                Boston, Massachusetts 02210


                       February 8, 2022
                         11:01 a.m.



            Kathleen Mullen Silva, RPR, CRR
                   Official Court Reporter
         John Joseph Moakley United States Courthouse
               One Courthouse Way, Room 7209
                Boston, Massachusetts 02210
               E-mail: kathysilva@verizon.net

         Mechanical Steno - Computer-Aided Transcript
```

```
 1   APPEARANCES:
 2
 3         United States Attorney's Office
 4         AUSA Seth B. Kosto
 5         AUSA Stephen E. Frank
 6         John Joseph Moakley U.S. Courthouse
 7         Boston, Massachusetts 02210
 8         617.748.3244
 9         for the Government
10
11         Maksim Nemtsev, Esq.
12         20 Park Plaza, Suite 1000
13         Boston, Massachusetts 02116
14         347.251.4800
15         for the Defendant
16
17
18
19
20
21
22
23
24
25
```

P R O C E E D I N G S

THE CLERK: The United States District Court is now in session, the Honorable Marianne B. Bowler presiding. Today's date is February 8, 2022 in the case of the United States v. Vladislav Klyushin, Criminal Action 21-10104-PBS.

Counsel, please identify yourself for the record starting with the government.

MR. KOSTO: Good morning, Your Honor. Seth Kosto and Stephen Frank for the United States.

MR. FRANK: Good morning, Your Honor.

THE COURT: Thank you.

MR. NEMTSEV: Good morning, Your Honor. Maksim Nemtsev on behalf of Mr. Klyushin.

THE COURT: Thank you very much. Well, let me hear where we are in terms of discovery.

MR. KOSTO: Thank you, Your Honor. This is Seth Kosto.

The government produced what we would consider to be the lion's share of the automatic discovery on February 2 on an encrypted drive to Mr. Nemtsev. We're still trying to track down a couple of items. So we anticipate supplementing that production, but not with a material amount of information.

We've had some preliminary communications with Mr. Nemtsev. He's asked a few questions about the production. We're going to circle back with him. We were speaking with him

```
 1   before the hearing and expect that he will have some formal
 2   discovery requests for us.  And I think what the parties would
 3   propose is to come back to the court, at Mr. Nemtsev's
 4   suggestion, in approximately 30 days for an interim status
 5   conference.
 6           THE COURT:  All right.  Mr. Nemtsev, do you want to be
 7   heard?
 8           MR. NEMTSEV:  Your Honor.  That is correct.  I
 9   anticipate that we'll have a preliminary review complete in the
10   next two weeks and we'll make any discovery demands, if any,
11   and we can address those demands in 30 days.
12           THE COURT:  All right.  Then I will set a further
13   conference for March the 9th at 3:30.
14           And Mr. Nemtsev, on behalf of your client, do you
15   agree to exclude the time from today until the 9th of March in
16   the interests of justice?
17           MR. NEMTSEV:  I do, Your Honor.
18           THE COURT:  All right.  And Mr. Kosto, will you see to
19   it that the government files an assented-to motion to that
20   effect?
21           MR. KOSTO:  I will, Your Honor.
22           THE COURT:  All right.  Anything else I can help you
23   with?
24           MR. NEMTSEV:  No, Your Honor.  Thank you.
25           MR. KOSTO:  Thank you.  March 9, correct?
```

```
 1              THE COURT:  All right.  March 9 at 3:30.
 2              In the interim, stay well and stay safe.
 3              MR. NEMTSEV:  Thank you.
 4              MR. KOSTO:  Thank you.
 5     (Proceedings adjourned at 11:03 a.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                      C E R T I F I C A T E

 2

 3

 4   UNITED STATES DISTRICT COURT )

 5   DISTRICT OF MASSACHUSETTS    )

 6

 7

 8            I certify that the foregoing is a correct transcript

 9   from the record of proceedings taken February 8, 2022 in the

10   above-entitled matter to the best of my skill and ability.

11

12

13

14   /s/ Kathleen Mullen Silva                         2/22/22

15   Kathleen Mullen Silva, RPR, CRR                   Date
     Official Court Reporter
16

17

18

19

20

21

22

23

24

25
```