Dear Judge,

I am wife of Vladislav Kliushin. We have been married since 2014 but we are together much longer. Vladislav has five great kids, two from his first marriage and three from our marriage. Children are 13,13,10, 7 and 4 years old.

I still can't believe what has happened. I do not know more decent person than my husband. He is very loving husband, wonderful man and caring father. He is a wonderful leader for all employees in his company.
I constantly receive words of gratitude for him from his colleagues and friends. Over the years of our marriage, I witnessed his help to relatives, friends and even unknown people!

My husband used to sacrificed his personal time and the time for our family to solve other people's problems, tasks and difficult situations of other people. He is a man of his word and if he has made a promise, he will always keep his word.

Vladislav is an exemplary spouse and family man. I couldn't have wished for a better father for my children.
Despite the catastrophic lack of time, Vladislav always finds it for his family, he will listen us , understand and help each of us.
Even in the most difficult times, he united us, united our family and did everything to make us happy.
 For example, he shows our children who a worthy person is and how to become one.
Our children adore him, they miss him very much and are acutely worried about his absence. My husband is our support and the real head of the family!

I can't imagine a situation in which Vladislav could hurt someone or wish evil.

All these events have come as a shock to our family, because Vladislav cannot commit what he is accused of.

Dear judge, I ask you to provide an opportunity to reunite our family, as children are very acutely worried about parting with their father. We feel very bad without him! The absence of my husband is hard for me mentally, because our children are growing up without father and it is difficult for me to raise them alone. Even if we need to come to America to be with Vladislav, we are ready for it. I hope for your understanding and favor.

Kind regards
Zhannetta Kliushina

21.12.2021

Contact Information:
Zhannetta Kliushina
Redacted