Dear Judge,

In my life, I have worked under very worthy bosses, but none of them made such a strong impression on me as Vlad did. And surprisingly, this impression hasn't faded over the years (and I've known Vlad for more than nine years).

They say about such people: "he has no flaws." And then often add: "well, practically none", i.e., of course they do have flaws, but there are so few of them and they are so harmless and minor that you can safely ignore them.

In my opinion, Vlad has absolutely no flaws. Vlad has all the possible virtues, and all of them are in harmony with each other — which is probably the trick. And this harmony is projected onto everyone around him and makes both his life and the lives of others more meaningful and interesting, and actually happier.

Vlad respects and loves people. Of course, at its fullest it is felt by his relatives and friends, his colleagues. But everyone even after a very short communication with him, usually comes to the same conclusion.

Yes, he is always demanding when it comes to work, to solving problems or achieving goals. But never, under any circumstances, have I seen him annoyed or angry. Yes, as a leader he can raise his voice, express displeasure with a particular situation, some obvious mistakes and errors. But never in a way that would be rude, humiliating or offensive either to the person in question or to others.

Vlad always says "thank you". Even in small things, he never forgets to express gratitude. Even on his birthday, when, it would seem, only he is the "subject" of the celebration, after listening to congratulations from you, Vlad never forgets to thank you and say many kind words in addition. This sort of attitude towards people in general means a lot.

Vlad is very understanding of other people's problems, and not just in words. He always tries to help a person to get out of a difficult situation. I know many such cases. But I will always remember one thing. A few years ago, my son got sick. One of the most terrible diagnoses was considered. Vlad found out about it and did everything possible to completely free me from work, as well as help with finding necessary medical assistance.

The situation Vlad is in now... I don't know... Reasonably, I understand that it is what it is... Very serious charges have been brought against him, that can destroy his life, the life of his family, of his five children. What a wreckage. It's worse than murder.

But I don't believe in Vlad's guilt.

Vlad needs to come back home.

Alexandr Badikov

*[signature] А. Бадиков*
*20.12.2021г.*

**Redacted**

*29.03.2022г. [signature]*