## » Contact

Go to



**Name:** Иван Ермаков

**Device description:**

**Source:**

**Account:**

**Group:**

**Created:** 3/17/2018 11:58:58 AM(UTC+3)

**Modified:** 5/15/2020 1:25:35 PM(UTC+3)

**Last time contacted:**

**Times contacted:**