**COMPANY MARKS/TO BE FILLED IN BY OTKRITIE BROKER LTD.:**
СЛУЖЕБНЫЕ ОТМЕТКИ / ЗАПОЛНЯЕТСЯ КОМПАНИЕЙ «ОТКРЫТИЕ БРОКЕР ЭЛ ТИ ДИ»:

Date of Client Accession Deed receipt and acceptance by the Company:
Дата получения и принятия Договора присоединения Клиента Компанией:

June 26, 2018

Agreement No.:
Соглашение №:

Redacted

Client Unique Identity Code No.:
Уникальный идентификационный код Клиента №:

[Redacted]

Subject to the information and documents supplied by the Client to the Company in Investment Questionnaire Form the Company will treat him as:
В соответствии с информацией и документами, предоставленными Клиентом Компании в Анкете инвестора, Компания будет рассматривать его как:

Retail

Yours faithfully,
Искренне Ваши,

Signed on behalf of OTKRITIE BROKER LTD
Подписано от имени компании «ОТКРЫТИЕ БРОКЕР Эл Ти Ди»

Name:
Имя:

Nesterova Irina

Position / capacity:
Должность / выступающим в качестве:

Director

Signature:
Подпись: