| Date of document | |
|---|---|
| Affidavit of BJ Kang, May 7, 2020 | Sworn to me telephonically on May 7, 2020<br><br>*[Signature]* Marianne B. Bowler, USMJ<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge<br>*[Seal of the District Court]* |
| Application for a warrant, May 7, 2020 | Date: 05/07/2020<br>City and state: Brookline, Massachusetts<br><br>*[Signature]* Marianne B. Bowler, USMJ<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge<br>*[Seal of the District Court]* |
| Warrant by telephone, May 7, 2020 | May 7, 2020; 3:30 p.m.<br>Brookline, Massachusetts<br><br>*[Signature]* Marianne B. Bowler, USMJ<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge<br>*[Seal of the District Court]* |
| Affidavit of BJ Kang, June 23, 2020 | Sworn to me telephonically on June 23, 2020<br><br>*[Signature]* Marianne B. Bowler, USMJ<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge<br>*[Seal of the District Court]* |

| | | |
|---|---|---|
| Application for a warrant, June 23, 2020 | Date: 06/23/2020<br><br>City and state: Brookline, Massachusetts | *Marianne B. Bowler USMJ*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Warrant by telephone, June 23, 2020 | Date and time issued: June 23, 2020; 3:02 p.m.<br><br>City and state: Brookline, Massachusetts | *Marianne B. Bowler USMJ*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Application for a warrant, June 23, 2020 | Date: 06/23/2020<br><br>City and state: Brookline, Massachusetts | *Marianne B. Bowler USMJ*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Warrant by telephone, June 23, 2020 | Date and time issued: June 23, 2020; 3:03 p.m.<br><br>City and state: Brookline, Massachusetts | *Marianne B. Bowler USMJ*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Application for a warrant, June 23, 2020 | Date: 06/23/2020<br><br>City and state: Brookline, Massachusetts | *Marianne B. Bowler USMJ*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Warrant by telephone, June 23, 2020 | Date and time issued: June 23, 2020; 3:04 p.m.<br><br>City and state: Brookline, Massachusetts | *Marianne B. Bowler USMJ*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Application for a warrant, June 23, 2020 | Date: 06/23/2020<br><br>City and state: Brookline, Massachusetts | *Marianne B. Bowler USMJ*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |

| | | |
|---|---|---|
| Warrant by telephone, June 23, 2020 | Date and time issued: June 23, 2020; 3:05 p.m.<br>City and state: Brookline, Massachusetts | *Marianne B. Bowler (USMJ)*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Application for a warrant, June 23, 2020 | Date: 06/23/2020<br>City and state: Brookline, Massachusetts | *Marianne B. Bowler (USMJ)*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Warrant by telephone, June 23, 2020 | Date and time issued: June 23, 2020; 3:06 p.m.<br>City and state: Brookline, Massachusetts | *Marianne B. Bowler (USMJ)*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Affidavit of BJ Kang, July 22, 2020 | Sworn to me telephonically on July 22, 2020<br>*Marianne B. Bowler (USMJ)*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge | |
| Application for a warrant, July 22, 2020 | Date: 07/22/2020<br>City and state: Brookline MA | *Marianne B. Bowler (USMJ)*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Warrant by telephone, July 22, 2020 | Date and time issued: 7/22/2020; 3:46 p.m.<br>City and state: Brookline, MA | *Marianne B. Bowler (USMJ)*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Application for a warrant, July 22, 2020 | Date: 07/22/2020<br>City and state: Brookline, MA | *Marianne B. Bowler (USMJ)*<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |

| Warrant by telephone, July 22, 2020 | Date and time issued: 7/22/2020; 3:47 p.m.<br>City and state: Brookline, MA | *signed* HON. MARIANNE B. BOWLER, United States Magistrate Judge |
|---|---|---|
| Affidavit of BJ Kang, August 19, 2020 | Sworn to me telephonically on August 19, 2020 | *signed* HON. MARIANNE B. BOWLER, United States Magistrate Judge |
| Application for a warrant, August 19, 2020 | Date: 08/19/2020<br>City and state: Brookline, MA | *signed* HON. MARIANNE B. BOWLER, United States Magistrate Judge |
| Warrant by telephone, August 19, 2020 | Date and time issued: 8/19/2020; 4:36 p.m.<br>City and state: Brookline, MA | *signed* HON. MARIANNE B. BOWLER, United States Magistrate Judge |
| Application for a warrant, August 19, 2020 | Date: 08/19/2020<br>City and state: Brookline, MA | *signed* HON. MARIANNE B. BOWLER, United States Magistrate Judge |
| Warrant by telephone, August 19, 2020 | Date and time issued: 8/19/2020; 4:37 p.m.<br>City and state: Brookline, MA | *signed* HON. MARIANNE B. BOWLER, United States Magistrate Judge |

| | |
|---|---|
| Affidavit of BJ Kang, September 29, 2020 | Sworn to me telephonically on September 29, 2020<br><br>*[Signed]* Marianne B. Bowler, USMJ<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Application for a warrant, September 29, 2020 | Date: 9/29/2020; 2:54 p.m.<br>City and state: Brookline, Massachusetts<br><br>*[Signed]* Marianne B. Bowler, USMJ<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Warrant by telephone, September 29, 2020 | Date and time issued: 9/29/2020; 2:54 p.m.<br>City and state: Brookline, Massachusetts<br><br>*[Signed]* Marianne B. Bowler, USMJ<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Application for a warrant, September 29, 2020 | Date: September 29, 2020<br>City and state: Brookline, Massachusetts<br><br>*[Signed]* Marianne B. Bowler, USMJ<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Warrant by telephone, September 29, 2020 | Date and time issued: 9/29/2020; 2:55 p.m.<br>City and state: Brookline, Massachusetts<br><br>*[Signed]* Marianne B. Bowler, USMJ<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Affidavit of BJ Kang, October 13, 2020 | Sworn to me telephonically on October 13, 2020<br><br>*[Signed]* Marianne B. Bowler, USMJ<br>HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |

| Application for a warrant, October 13, 2020 | Date: October 13, 2020<br>City and state: Brookline, Massachusetts | HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
|---|---|---|
| Warrant by telephone, October 13, 2020 | Date and time issued: 10/13/2020; 3:29 p.m.<br>City and state: Brookline, Massachusetts | HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Application for a warrant, October 13, 2020 | Date: October 13, 2020<br>City and state: Brookline, Massachusetts | HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |
| Warrant by telephone, October 13, 2020 | Date and time issued: 10/13/2020; 3:29 p.m.<br>City and state: Brookline, Massachusetts | HON. MARIANNE B. BOWLER<br>United States Magistrate Judge |

| Affidavit of BJ Kang, January 8, 2020 | Respectfully submitted,<br><br>BJ KANG<br>Special Agent<br>Federal Bureau of Investigation |
|---|---|

| | |
|---|---|
| Application for a warrant, January 8, 2020 | Applicant's signature: BJ Kang, Special Agent, FBI — Printed name and title. Judge's signature: Marianne B. Bowler, USMJ — The Hon. Marianne B. Bowler, USMJ, Printed name and title. |
| Affidavit of BJ Kang, May 7, 2020 | Respectfully submitted, BJ KANG, Special Agent, Federal Bureau of Investigation |
| Application for a warrant, May 7, 2020 | Applicant's signature — Special Agent BJ Kang, FBI — Printed name and title |
| Affidavit of BJ Kang, June 23, 2020 | Respectfully submitted, BJ KANG, Special Agent, Federal Bureau of Investigation |

| | |
|---|---|
| Application for a warrant, June 23, 2020 | *Applicant's signature* [signed: BJ Kang] <br> Special Agent BJ Kang, FBI <br> *Printed name and title* |
| Application for a warrant, June 23, 2020 | *Applicant's signature* [signed: BJ Kang] <br> Special Agent BJ Kang, FBI <br> *Printed name and title* |
| Application for a warrant, June 23, 2020 | *Applicant's signature* [signed: BJ Kang] <br> Special Agent BJ Kang, FBI <br> *Printed name and title* |
| Application for a warrant, June 23, 2020 | *Applicant's signature* [signed: BJ Kang] <br> Special Agent BJ Kang, FBI <br> *Printed name and title* |
| Application for a warrant, June 23, 2020 | *Applicant's signature* [signed: BJ Kang] <br> Special Agent BJ Kang, FBI <br> *Printed name and title* |