The MD5 checksum of the TOP-SEC-VOL10.zip production that was provided in response to a Grand Jury subpoena was **4b420b572ded649cf1f28be61e7ca786**



Calculating MD5 checksum of the files produced in discovery yield a different MD5 checksum: **18c08b09021f4d0935094e0c314579f3**

The difference in the MD5 checksum indicates that some of the archive files were changed after receipt of the production.

Based on a review of the files in the archive, it seems that one spreadsheet was modified following its receipt.

