UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-10104-PBS |
| | ) | |
| VLADISLAV KLYUSHIN | ) | |
| Defendant | ) | |
| | ) | |

## MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* FOR MARC A. FERNICH

I, Maksim Nemtsev, a member of the bar of this Court, and counsel for Defendant, Vladislav Klyushin, hereby move pursuant to Rule 83.5.3 of the Local Rules of the United States District Court of Massachusetts, that Marc A. Fernich, an attorney licensed in the State of New York and the Commonwealth of Massachusetts, be admitted to appear and practice in this Court for the purpose of representing Vladislav Klysuhin in the above-captioned matter.

I have been advised that Mr. Fernich is admitted to practice, and a member in good standing, in the State of New York and the Commonwealth of Massachusetts. Certificates of Good Standing can be provided if necessary.

I have been advised that Mr. Fernich is not currently suspended or disbarred in any jurisdiction, and that there are no disciplinary proceedings pending against Mr. Fernich in any jurisdiction. I have further been advised that Mr. Fernich has reviewed and agrees to comply with the Local Rules of this Court.

Mr. Fernich's Affirmation is attached hereto as Exhibit 1.

Respectfully Submitted,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

Dated: April 6, 2022

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, April 6, 2022, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.