UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>VLADISLAV KLYUSHIN    )<br>     Defendant    )<br>) | CRIMINAL NO. 21-cr-10104-PBS |

**AFFIRMATION IN SUPPORT OF *PRO HAC VICE* ADMISSION**

**MARC A. FERNICH**, affirms the following under the pains and penalties of perjury:

1. I am an attorney duly admitted to practice law in the State of New York and the Commonwealth of Massachusetts. I submit this Affirmation in support of a motion seeking my admission to the bar of this Court *pro hac vice* for the purpose of representing defendant Vladislav Klyushin.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I have not previously had a *pro hac vice* admission to this Court or other admission for a limited purpose revoked for misconduct.

4. I have reviewed and agree to comply with the Local Rules of United States District Court for the District of Massachusetts.

**DATED:**   April 6, 2022

_____
**MARC A. FERNICH**