AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts ▼

| | |
|---|---|
| USA | ) |
| *Plaintiff* | ) |
| v. | ) |
| Klyushin et al. | ) |
| *Defendant* | ) |

Case No.   21 CR 10104 (PBS)

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vladislav Klyushin (previously admitted pro hac vice via ECF 52)                                                    .

Date:      04/08/2022

/s/
*Attorney's signature*

Marc Fernich
*Printed name and bar number*
800 Third Ave. Fl 20
New York, NY 10022


*Address*

maf@fernichlaw.com
*E-mail address*

(212) 446-2346
*Telephone number*

(212) 459-2299
*FAX number*