UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 21-cr-10104-PBS-MBB |
| ) | |
| VLADISLAV KLYUSHIN, ) | |
| ) | |
| Defendant ) | |

## ASSENTED-TO MOTION FOR ADDITIONAL TIME TO RESPOND

With the assent of counsel to defendant Vladislav Klyushin, the United States respectfully moves to extend by three days the time within which it may respond to defendant's appeal of Magistrate Judge Bowler's pretrial detention order (Docket No. 48), from April 19, 2022 to April 22, 2022. As grounds for the motion, counsel for the United States submits that other matters necessitate the request, the hearing on the motion is scheduled for May 9, 2022, and counsel for the defendant has assented to the requested relief. The United States accordingly and respectfully requests that the Court extend to April 22, 2022 the date by which it may respond to the defendant's appeal.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Seth B. Kosto*
SETH B. KOSTO
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: April 19, 2022                                        */s/ Seth B. Kosto*
                                                                                    SETH B. KOSTO