Vladislav Klyshin

Unit BN1

#80140

# Discovery Evidence Schedule

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| 8:30am-10:30am | 8:30am-10:30am | 8:30am-10:30am | 8:30am-10:30am | 8:30am-10:30am | 8:30am-10:30am | 8:30am-10:30am |
| | 7:00pm-10:00pm | | | | | 1:00pm-4:00pm |

8

| DATE | NAME | ID # | TIME |
|---|---|---|---|
| 3-2-22 | ████ | 79496 | 1-4 |
| 3-2-22 | ████ | 43941 | 7-9 |
| 3-2-22 | ████ | 79682 | 7-10 |
| 3-3-22 | ████ | 43941 | 1-4 |
| 3-4-22 | ████ | 06745 | 1-4 |
| 3-5-22 | ████ | 79451 | 1-4 |
| 3-5-22 | ████ | 77011 | 1-4 |
| 3-5-22 | ████ | 79496 | 7-9 |
| 3-7-22 | ████ | 17957 | 1-3 |
| 3/7/22 | ████ | 80224 | 1-4 |
| 3-8-22 | ████ | 79859 | 9- |
| 3-9-22 | ████ | 78925 | 1-4 |
| 3-9-22 | ████ | 79496 | 1-4 |
| 3/08/22 | ████ | 65384 | 9:00 |
| 3/09/22 | ████ | 65384 | 13:00 |
| 3/10/22 | ████ | 79682 | 1-4 |
| 3/10/22 | KLIUSHIN VLADISLA | 80140 | 09.00 |
| 03/11/22 | ████ | 80224 | 7-10 |
| 03/12/22 | ████ | 87042 | 1-3 |
| 3-12-22 | ████ | 74356 | 1:07 |
| 3-12-22 | ████ | 79451 | 1:08 |
| 3-12-22 | ████ | 78925 | 7-9 |
| 3-12-22 | ████ | 78909 | 7-9 |
| 3-13-22 | KLIUSHIN | 80140 | 1.22 |
| 3/13/22 | ████ | 79451 | 1900 |
| 3/13/22 | ████ | 74356 | 1900 |
| 3/13/22 | ████ | 87042 | 1900 |
| 03/14/22 | ████ | 80224 | 2-4 |
| 03/15/22 | ████ | 77886 | 1-3 |
| 03/15/22 | KLIUSHIN | 80140 | 19.00 |
| 3-15-22 | ████ | 79496 | 1-4 |
| 3-16-22 | ████ | 43941 | 7-9 |

| date | NAME | ID # | start time |
|---|---|---|---|
| /19/22 | ▓▓▓ | 79451 | 1:00 – 4pm |
| /19/22 | ▓▓▓ | 78901 | 1:00 – 4pm |
| -19-22 | ▓▓▓ | 40310 | 7-9 PM |
| 3-19-22 | ▓▓▓ | 79496 | 7-9 |
| /20/22 | ▓▓▓ | 79138 | 1-4 PM |
| ★ 3/20/22 | KLIUSHIN | 80140 | 2-4 PM |
| /22/22 | ▓▓▓ | 80250 | 1:05-4 PM |
| ★ /22/22 | KLIUSHIN | 80140 | 7:05- PM |
| 3/23/22 | ▓▓▓ | 80161 | 9:05 |
| 3/24/22 | ▓▓▓ | 79496 | 1-4 |
| 3/24/22 | ▓▓▓ | 78192 | 1-4 |
| 3/24/22 | ▓▓▓ | 80266 | 7:10 |
| 03/24/22 | ▓▓▓ | 80266 | 1:05 |
| 3/24/22 | ▓▓▓ | 80250 | 7:05PM |
| 3/25/22 | ▓▓▓ | 79876 | 9:00 |
| 3/25/22 | ▓▓▓ | 80119 | 1:05 |
| 3/25/22 | ▓▓▓ | 75575 | 1:10 |
| 3/25/22 | ▓▓▓ | 89424 | 1:10 |
| 3/25/22 | ▓▓▓ | 76942 | |
| 3-26-22 | ▓▓▓ | 79451 | 1:35 |
| 3-26-22 | ▓▓▓ | 79496 | 7-9 |
| 3-26-22 | ▓▓▓ | 85969 | 7-8 |
| 3-26-22 | ▓▓▓ | 39895 | 19:07 |
| 3-26-22 | ▓▓▓ | 40310 | 19:08 |
| ★ 3-24-22 | KLIushin | 80140 | 13.05 |
| 3/27 | ▓▓▓ | 79138 | 13.05 |
| 3/28 | ▓▓▓ | 76942 | 1:00 pm |
| 3/29 | ▓▓▓ | 79351 | 1:00 PM |
| 3/29 | ▓▓▓ | 80250 | 1:25 PM |
| ★ 3/29 | Kriushi | 80140 | 7:15 PM |
| 3/30 | ▓▓▓ | 79496 | 1-4 |
| 3/30 | ▓▓▓ | 78416 | 1-4 |

12

| DATE | NAME | ID# | TIME |
|---|---|---|---|
| 4-4-22 | ▮ | 74356 | 1-4 |
| 4-4-22 | ▮ | 76942 | 1-4 |
| 4-5-22 | ▮ | 80250 | 1:40 PM |
| 4-5-22 ★ | K LIUSHIN | 80140 | 7:20 PM |
| 4-5-22 | ▮ | 79138 | 7:36 PM |
| 4-6-22 | ▮ | 79496 | 1-4 |
| 4-6-22 | ▮ | 78925 | 1-4 |
| 4-6-22 | ▮ | 85969 | 1-4 |
| 4-6-22 | ▮ | 80092 | 1:40 |
| 4-6 | ▮ | 79682 | 7:00 |
| 4-6 | ▮ | 73941 | 7-9 |
| 4-6 | ▮ | 80250 | 7:36 PM |
| 4-9 | ▮ | 78901 | 1-4 |
| 6 | ▮ | 79451 | 1-4 |
| | ▮ | 79496 | 7-9 |
| 4-9 | ▮ | 79456 | 7-9 |
| 4-10 | ▮ | 79138 | 1:45 |
| 4-11 | ▮ | 48730 | 9:00 |
| 4-12 | ▮ | 80250 | 1:33 PM |
| 4-12 ★ | K LIUSHIN | 80140 | 7:03 PM |
| 4-13 | ▮ | 79138 | 7:09 PM |
| 4-13 | ▮ | 79496 | 1-4 |