**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

      v.

Vladislav  Klyushin

                         CR 21-10104 -PBS

**Pretrial Order**

After a hearing  held on ___**5/9/2022**___ it is hereby ORDERED that:

1.     A hearing on  pretrial motions and any other issues  that must be resolved prior to trial will be held on _____**N/A**_____ **at** _____.

2.     Trial shall commence on **10/6/2022** , **at 9:00AM** .

3.     The government shall by_____,[1] disclose to the defendant:

        (a)     The exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

        (b)     A general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

4.     Pursuant to the agreement of the parties, statements (as defined in 18 U.S.C. § 3500(e)

---

[1]This date will ordinarily be 21 days before trial unless the declination procedure provided by L.R. 116.6 has been invoked before the Initial Pretrial Conference. See L.R. 117.1(A)(4). The judge who will preside at trial may, however, establish a date different from any date provided by L.R. 117.1 if the judge determines that there are factors in the particular case that make it in the interests of justice to do so. See L.R. 117.1(B).

[kptrlo.]

and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in- chief shall be

produced by_____.

5.      The parties shall by_____file proposed voir dire questions, proposed jury

instructions.  **Oppositions due by_____.**

6.      The government shall by_____:[2]

        (a)      Provide the defendant with the names and addresses of witnesses the government

intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other

witness, the government shall promptly notify the defendant of the name and address of that prospective

witness.

        (b)      Provide the defendant with copies of the exhibits and a pre-marked list of exhibits

the government intends to offer in its case-in-chief. If the government subsequently decides to offer any

additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of

the exhibit and a supplemental exhibit list.

7.      The defendant shall by_____:[3]

        (a)      Provide the government with the names and addresses of the witnesses the

defendant intends to call in his case-in-chief. If the defendant subsequently forms an intent to call any other

witness in his case-in-chief, he shall promptly notify the government of the name and address of that

witness.

        (b)      Provide the government with copies of the exhibits and a premarked list of the

exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer

any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the

---

[2]Absent an objection, this date will ordinarily be 7 days before trial. See L.R. 117.1(A)(8). However, if either party objects to the pretrial disclosure of its witnesses, the court will decide whether such disclosure should be ordered. Id.

[3]Absent an objection, this date will ordinarily be 3 days before trial. See L.R. 117.1(A)(9). However, if either party objects to the pretrial disclosure of its witnesses, the court will decide whether such disclosure should be ordered. Id.

[kptrlo.]

exhibit and a supplemental exhibit list.

8. The parties shall by _____, file a written stipulation of any facts that they agree are not in

dispute.

9.        The **Final Pretrial Conference** will be held on __9/15/2022____,[4] at __3:00pm___

____

        10.        The following period(s) of time are excluded for Speedy Trial Act purposes, pursuant to 18

U.S.C. § 3161(h), for the reasons stated at the Status Conference all __time  is excluded to 10/6/2022___

_____

11. _____ _____

_____

_____

**NOTE**: IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN THIS ORDER

REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY

THE DEADLINES.

_____                          _____

        DATE                          Patti B. Saris, USDJ

(PRETRIAL ORDER CRIMINAL - SCOTT - SEPT 2020.wpd - 7/99)

_____

        [4]The Final Pretrial Conference will ordinarily be held not more than 7 days before the trial date. See
L.R. 117.1(A)(11).