UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                            21-cr-10104-PBS

VLADISLAV KLYUSHIN

PRETRIAL ORDER (PROPOSED)

After a hearing held on May 9, 2022, it is hereby ORDERED that:

1. A hearing on pretrial motions and any other issues that must be resolved prior to trial will held on September 15, 2022 at 3:00 p.m.

2. Trial shall commence on October 11, 2022, at 9:00 a.m.

3. The government shall by September 19, 2022 disclose to the defendant:

    (a) The exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

    (b) A general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

4. Pursuant to the agreement of the parties, statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in- chief shall be produced by September 19, 2022.

5. The parties shall file proposed voir dire questions and proposed jury instructions on September 26, 2022.  Oppositions will be served by October 3, 2022.

6. The government shall by October 3, 2022:

    (a) Provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other prospective witness.

    (b) Provide the defendant with copies of the exhibits and a pre-marked list of exhibits the government intends to offer in its case-in-chief. If the

        government subsequently decides to offer an additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

7. The defendant shall by October 3, 2022:

    (a) Provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in-chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness.

    (b) Provide the government with copies of the exhibits and a premarked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

8. The parties shall by September 26, 2022, file a written stipulation of any facts that they agree are not in dispute.

9. The Final Pretrial Conference will be held on September 15, 2022 at 3:00 p.m.

10. All time through October 11, 2022 is excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. § 3161(h) for the reasons stated at the hearing on defendant's bail appeal.

11. NOTE: IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY THE DEADLINES.

_____
DATE


_____
HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE