UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VLADISLAV KLYUSHIN,<br><br>Defendant | Crim. No. 1:21-cr-10104-PBS |

### ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorneys Seth B. Kosto and Stephen Frank, respectfully moves this Court to exclude the time period from May 10, 2022, the date of a status conference in this matter, through and including the date of the parties' final pretrial conference, September 15, 2022, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), on the grounds that the ends of justice served by excluding this period outweigh the best interests of the public and the defendant in a speedy trial.  In support of this request, the government states it produced substantial automatic discovery on or about February 2, 2022; has supplemented that discovery in the interim by processing and re-producing files in a format that is more accessible to the defendant and his counsel; and counsel for the defendant has made additional informal discovery requests, to which the government has responded.  Counsel for the defendant and the defendant continue to review the discovery in advance of trial.  Additionally, at the bail appeal held on May 9, 2022, the Honorable Patti B. Saris, United States District Judge, ordered on the record that time be excluded with defendant's assent through the scheduled trial date of October 11, 2022.  Thus, the time period from the May 10, 2022 to the parties' pretrial conference on September 15, 2022 is a period of time that constitutes "the reasonable time necessary for effective preparation,

taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

        Respectfully submitted,

        RACHAEL S. ROLLINS
        United States Attorney

By: */s/ Seth B. Kosto*
     SETH B. KOSTO
     Assistant United States Attorney

July 25, 2022

## CERTIFICATE OF SERVICE

      I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                */s/ Seth B. Kosto*
                                                SETH B. KOSTO
                                                Assistant United States Attorney

Dated:  July 25, 2022