

PRODUCTS ▼    MANUFACTURERS ▼    SOLUTIONS ▼    RESOURCES ▼    COMMUNITIES ▼    ABOUT AVNET ▼



# Investor Relations

## Stock price history

OVERVIEW    FINANCIAL INFORMATION    STOCK INFORMATION    SEC FILINGS    PRESS RELEASES

**Lookup Month:** January
**Lookup Day:** 24
**Lookup Year:** 2020

**SUBMIT**

### Week of January 21, 2020

| Date Requested | Closing Price | Volume | Split Adjustment Factor | Open Price | Day High | Day Low |
|---|---|---|---|---|---|---|
| Jan 21, 2020 | $41.22 | 783,131 | 1:1 | $41.18 | $41.69 | $41.01 |
| Jan 22, 2020 | $41.47 | 1,096,549 | 1:1 | $41.39 | $41.70 | $41.26 |
| Jan 23, 2020 | $41.15 | 1,366,983 | 1:1 | $41.43 | $41.69 | $40.83 |
| Jan 24, 2020 | $41.94 | 1,536,483 | 1:1 | $41.79 | $42.89 | $41.20 |

### Year End Stock Prices



NOTE: The Closing Price, Day's High, Day's Low, and Day's Volume have been adjusted to account for any stock splits and/or dividends which may have occurred for this security since the date shown above. The Split Adjustment Factor is a cumulative factor which encapsulates all splits since the date shown above. The closing price above is not necessarily indicative of future price performance.



**LEARN ABOUT AVNET**

FACT SHEET ▶

2021 ANNUAL REPORT AND PROXY STATEMENT ▶

**INVESTORS MENU**

Stock price history

**PERFORMANCE**

**Avnet, Inc.** (NASDAQ: AVT)

**$38.33** 0 (0.00%)

Updated: 09/19/22 4:00 pm EDT

Volume:                0
Open:                  --
Previous Close:    $38.33
Day High:             $38.72
Day Low:              $37.57
52-Week High:      $50.19

VIEW STOCK CHART ▶

**SHAREHOLDER TOOLS**

**INVESTOR SEARCH**

Search Investors