UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VLADISLAV KLYUSHIN,<br><br>Defendant | Crim. No. 1:21-cr-10104-PBS |

ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS

The United States, with the assent of counsel for the defendant, respectfully moves for additional time (until October 14, 2022) to respond to defendant's motion to suppress, Docket No. 97. As grounds for the request, the United States submits that professional and family commitments necessitate additional time to respond to the defendant's motion. The requested continuance would reset the date by which the defendant may reply to the government's opposition to October 21, 2022. Counsel for the defendant has assented to the relief requested in this motion.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Seth B. Kosto*
    SETH B. KOSTO
    Assistant United States Attorney

October 4, 2022

## CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                         */s/ Seth B. Kosto*
                                         SETH B. KOSTO
                                         Assistant United States Attorney

Dated:  October 4, 2022