UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VLADISLAV KLYUSHIN,<br><br>Defendant | Crim. No. 1:21-cr-10104-PBS |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS

The United States, with the assent of counsel for the defendant, respectfully moves for additional time (until October 14, 2022) to respond to defendant's motion to suppress, Docket No. 97. As grounds for the request, the United States submits that professional and family commitments necessitate additional time to respond to the defendant's motion. The requested continuance would reset the date by which the defendant may reply to the government's opposition to October 21, 2022. Counsel for the defendant has assented to the relief requested in this motion.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ Seth B. Kosto
SETH B. KOSTO
Assistant United States Attorney

October 4, 2022

10/6/22

allowed

[signature]