UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 21-cr-10104-PBS |
| VLADISLAV KLYUSHIN<br>Defendant | ) ) ) ) | |

**ASSENTED-TO MOTION TO CONTINUE RESPONSE DEADLINE
FROM OCTOBER 21, 2022, TO OCTOBER 24, 2022**

Now comes the defendant Vladislav Klyushin, by and through undersigned counsel, and hereby respectfully requests this Honorable Court to continue the current October 21, 2022, deadline to respond to the Government's opposition to Mr. Klyushin's Motion to Suppress, to October 24, 2022. As grounds and reasons therefore, the additional time will allow the undersigned to review the response with Mr. Klyushin, who seeks to participate in the preparation of his defense, and finalize the submission.

**WHEREFORE,** the defendant respectfully requests this Honorable Court to grant the instant request.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

The undersigned counsel conferred with counsel for the Government and the Government, by and through AUSA Stephen Frank, assents to this request.

1

        Respectfully Submitted,

        **/s/ Maksim Nemtsev**
        Maksim Nemtsev, Esq.
        Mass. Bar No. 690826
        20 Park Plaza, Suite 1000
        Boston, MA 02116
        (617) 227-3700
        menemtsev@gmail.com

Dated: October 20, 2022

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, October 20, 2022, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

        **/s/ Maksim Nemtsev**
        Maksim Nemtsev