UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                21-cr-10104-PBS

VLADISLAV KLYUSHIN

PRETRIAL ORDER

After a hearing held on October 31, 2022, it is hereby ORDERED that:

1. Trial shall commence on January 30, 2023, at 9:00 a.m.

2. Further expert disclosures shall be completed by December 8, 2022;

3. The government and the defendant's motions in limine shall be filed by December 15, 2022; any oppositions shall be filed by December 22, 2022.

4. The government shall by January 9, 2023 disclose to the defendant:

    (a) Any exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

    (b) A general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

5. Pursuant to the agreement of the parties, statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in- chief shall be produced by January 9, 2023.

6. The parties shall file proposed voir dire questions and proposed jury instructions on January 16, 2023.  Oppositions will be served by January 23, 2023.

6. The government shall by January 23, 2023:

    (a) Provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other prospective witness.

    (b)    Provide the defendant with copies of the exhibits and a pre-marked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer an additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

7. The defendant shall by January 23, 2023:

    (a)    Provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in-chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness.

    (b)    Provide the government with copies of the exhibits and a pre-marked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

8. The parties shall by January 16, 2023, file a written stipulation of any facts that they agree are not in dispute.

9. The Final Pretrial Conference will be held on January 5, 2023 at 2:30 p.m.

10. All time through January 30, 2023 is excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. § 3161(h) for the reasons stated at the hearing on defendant's bail appeal.

11. NOTE: IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY THE DEADLINES.

  11/16/2022
_____
DATE


  /S/ Patti B. Saris
_____
HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE