UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 21-cr-10104-PBS |
| VLADISLAV KLYUSHIN<br>Defendant | ) ) ) ) | |

**ASSENTED-TO MOTION TO CONTINUE MOTION IN LIMINE FILING DEADLINE TO DECEMBER 19, 2022**

Now comes the Defendant, Vladislav Klyushin, by and through undersigned counsel, and hereby respectfully moves this Honorable Court to continue the motion *in limine* filing deadline of December 15, 2022 to December 19, 2022.

This Honorable Court set a December 15, 2022, deadline for the filing of the parties' motions *in limine*. Dkt. 113. Due to family circumstance, one of Mr. Klyushin's attorneys needs additional time to finalize and review the motions with Mr. Klyushin. Additionally, the defense has sought additional information concerning the bases for one of the Government's expert witnesses' opinions to clarify, what, if any, challenges the defense will bring to the proposed testimony. Accordingly, with the assent of the Government, the defense respectfully requests this Honorable Court to extend the motion *in limine* filing deadline to December 19, 2022.

**WHEREFORE,** the defense respectfully requests that this motion be granted.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

The undersigned counsel has conferred with the Government, who by and through AUSAs Seth Kosto and Stephen Frank, assent to this request.

1

Respectfully Submitted,
Vladislav Klyushin,
By His Attorney,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

**/s/ Marc Fernich**
Marc Fernich
Law Office of Marc Fernich
800 Third Avenue
Ste Floor 20
New York, NY 10022
212-446-2346
Email: maf@fernichlaw.com

Dated: December 15, 2022

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, December 15, 2022, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.