

| | |
|---|---|
| МИНФИН РОССИИ<br>ФЕДЕРАЛЬНАЯ НАЛОГОВАЯ СЛУЖБА<br>УФНС РОССИИ ПО ГОРОДУ МОСКВЕ<br>**ИНСПЕКЦИЯ**<br>**ФЕДЕРАЛЬНОЙ НАЛОГОВОЙ СЛУЖБЫ**<br>**№26 ПО Г. МОСКВЕ**<br>(ИФНС России №26 по г.Москве)<br>Черноморский б-р, 1, 1, Москва г., 117639<br>Телефон: (495) 400-23-38, Телефакс (495) 400-23-48<br>www.nalog.gov.ru | СОЮЗ<br>АДВОКАТОВ МОСКВЫ<br>«ЛЫКОВА, ХАЛЧАНСКИЙ,<br>АНДРИАНОВА И ПАРТНЕРЫ»<br><br>ул. Рочдельская, д. 15, стр. 25-25А,<br>Москва, 123022 |

29.03.2022 № 16-06/11339

На № 16/22 от 01.02.2022

О предоставлении информации

Уважаемая Олеся Павловна!

ИФНС России №26 по г.Москве сообщает Вам, что по данным налогового органа в период с 2018г. по 2020г., гр. Ермаков И.С. сотрудником ООО «М 13» (ИНН 7703805594) не являлся.

Начальник инспекции
советник государственной гражданской службы
Российской Федерации 1 класса                                      С.В. Селезнев

И.И. Журавлев
8-495-400-23-34

| | |
|---|---|
| MINISTRY OF FINANCE OF THE RUSSIAN FEDERATION FEDERAL TAX SERVICE THE FEDERAL TAX SERVICE OF RUSSIA FOR THE CITY OF MOSCOW<br>Federal Taxation Service Inspection Department №20 IN MOSCOW<br>(IFNS of Russia No. 20 in Moscow)<br>Chernomorsky b-r1, 1, Moscow, 117639<br>Phone: (495) 400-23-38 Fax (495) 400-2348<br>www.nalog.gov.ru<br>Out #: №16-06/11449 dd 29.03.2022<br>In #: № 16/22 dd 01.02.2022 | MOSCOW BAR ASSOCIATION «LYKOVA, KHALCHANSKIY, ANDRIANOVA AND PARTNERS»<br><br>Rochdelskaya street, 15, building 25-25A, Moscow, 123022 |

About providing information

Dear Olesya Pavlovna!

Federal Taxation Service Inspection Department №26, Moscow, notify that according to the tax authority in the period from 2018 to 2020, Mr. Ermakov I. S. was not an employee of LLC "M 13" (Taxpayer Identification Number 7703805594).

Head of the Inspection
Adviser of the State Civil Service
Russian Federation Class 1                    /s/            S.V.Seleznev

I.I.Zhuravlev

8-495-400-23-34