UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-cr-10104-PBS |
| ) | |
| VLADISLAV KLYUSHIN ) | |
| Defendant ) | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL REQUEST TO EXCLUDE GEOLOCATION EVIDENCE**

Now comes the Defendant Vladislav Klyushin, by and through undersigned counsel, and hereby respectfully requests leave to file a supplemental request to exclude geolocation evidence, attached hereto as Exhibit A. Following the filing of the defendant's *Omnibus* Motion *in Limine*, the government produced additional discovery – invoices from the company that hosted, at certain times, the relevant IP Addresses – which it represented at the prior status conference would potentially obviate the need to introduce MaxMind's analysis. Based on the government's latest opposition it intends to introduce both the invoices and the MaxMind analysis. Accordingly, the defense respectfully requests leave to file a supplemental request to exclude from evidence both the invoices and the MaxMind analysis.

**WHEREFORE,** the defense respectfully requests this Honorable Court to grant its request.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

The undersigned counsel has conferred with the Government, who by and through AUSA Seth Kosta, indicated that it is likely to agree to the request, but has not yet given its assent.

1

Respectfully Submitted,
Vladislav Klyushin,
By His Attorney,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

Dated: January 5, 2023

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, January 5, 2023, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.