# EXHIBIT 1

 **MAXMIND**

Products   Support   Developers   Company   Blog   Contact

  

## GeoIP2 Web Service Lookup Form

Show Sidebar >

### GeoIP2 Insights Web Service Results

| IP Address | Country Code | Location | Network | Postal Code | Approximate Coordinates* | Accuracy Radius (km) | ISP | Organization | Domain | Metro Code | User Ty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 104.238.37.190 | US | Boston, Massachusetts, United States, North America | 104.238.37.190/32 | 02266 | 42.3562, -71.0631 | 20 | Web2Objects LLC | Web2Objects LLC | | 506 | hosting |
| 104.238.37.197 | US | Boston, Massachusetts, United States, North America | 104.238.37.197/32 | 02266 | 42.3562, -71.0631 | 20 | Web2Objects LLC | Web2Objects LLC | | 506 | hosting |

  

# GeoIP2 Web Service Lookup Form

Show Sidebar >

### GeoIP2 Insights Web Service Results

| IP Address | ximate Coordinates* | Accuracy Radius (km) | ISP | Organization | Domain | Metro Code | User Type | Confidences | Anonymizer Type(s) | Static IP Score | User Count |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 104.238.37.190 | 2, 31 | 20 | Web2Objects LLC | Web2Objects LLC | | 506 | hosting | city: 50, subdivisions: 80, country: 99, postal: 20 | anonymous, hosting provider | | 1 |
| 104.238.37.197 | 2, 31 | 20 | Web2Objects LLC | Web2Objects LLC | | 506 | hosting | city: 50, subdivisions: 80, country: 99, postal: 20 | anonymous, hosting provider | | 3 |

**EXHIBIT 2**

**MAXMIND** / SUPPORT

 Contact Us



**minFraud** ▾

**GeoIP2 and GeoLite2** ▴

See all guides

IP Geolocation

IP Intelligence Data

Work with Databases

Work with Web Services

Pricing for GeoIP Products and Services

Developer Portal ⧉

GeoIP2 Release Notes ⧉

**Account** ▾

**Data Privacy** ▾

**Quick Links**

 GeoIP Data Corrections ⧉

Data Privacy Requests

Product Feedback ⧉

 System Status ⧉

GeoIP2 and GeoLite2 › IP Geolocation

# Geolocation Accuracy

One of our greatest priorities is to keep our data as accurate as possible. In cases where it's not possible to be as accurate as we would like, we are transparent with our customers about technological and other limitations.

## Limitations to IP geolocation

It is not possible for us to guarantee 100% geolocation accuracy. Accuracy exhibits high variability according to country, distance, type of IP (cellular vs. broadband, IPv4 vs. IPv6), and practices of ISPs. We do not guarantee exact matches to our competitors' data, nor identical accuracy to theirs, as we may use different data providers in some instances.

It is also important to note that GeoIP2 geolocation data is never precise enough to identify or locate a specific household, individual, or street address.

Some times, even for IP addresses we can geolocate quite well, we cannot geolocate the person who is using the IP address. For example, if someone is using an anonymizing proxy like a VPN, or someone is hosting a web site, we may be able to geolocate the web server being used to run the VPN or host the web site, but we will not be able to geolocate the end-user or the business associated with the web site. Learn more about anonymizer and proxy detection in GeoIP2 products and services.

If you would like to learn more, we have a blog post explaining some of the technological issues and limitations for IP geolocation accuracy ⧉ .

## Overview of GeoIP2 geolocation accuracy

**IP Geolocation**

Geolocation Accuracy

Choose the Right Geolocation Product

Country-level and City-level Geolocation

IP Geolocation Data

Geolocation Coverage

Upgrade from GeoLite2

Correct GeoIP2 Data

 Help

## Overview of GeoIP2 geolocation accuracy

With those limitations in mind, we estimate that our GeoIP2 products can identify users at the country level with 99.8% accuracy. For IPs located within the U.S., we estimate around an 80% accuracy at the state/region level, and a 66% accuracy for cities (within a 50km radius of that city). Learn more about geolocation areas (our accuracy radius) and how to use it on our blog.

You can get more information about the accuracy of our IP geolocation data for other countries using the GeoIP2 City accuracy page on our main website.

## Variations in geolocation accuracy

Some IP addresses cannot be located with the same accuracy as others. For example, IP addresses used in mobile networks may be used by mobile phones across a large distance. Other IP addresses may be used as part of a business VPN or consumer privacy network, so the end-user may be anywhere within a region, but more specific geolocation is not possible. Learn more about business VPNs and consumer privacy networks.

In cases where we cannot geolocate an IP address with a high level of specificity, we will not include more granular data. For example, if an IP address is part of a mobile used across the state of Massachusetts in the United States, we would include continent, country, and subdivision (state) data for the IP address, but we would not include city or postal code data. You should set up your integration with GeoIP2 products and services to fall back on less-specific geolocation data when more specific data is not available.

## Accuracy radius

In our geolocation products with city-level geolocation data, we will also include an accuracy radius, to give you a sense of how accurate our geolocation is for that IP address.

back on less-specific geolocation data when more specific data is not available.

### Accuracy radius

In our geolocation products with city-level geolocation data, we will also include an accuracy radius, to give you a sense of how accurate our geolocation is for that IP address.



*In the example above, GeoIP2 products and services return the coordinates 42.1293, -72.7522 with an accuracy radius of 100km. The actual geolocation of the IP address is likely within the 100km-radius circle shown above.*


Help

# EXHIBIT 3-A

 **Gmail**

**Maksim Nemtsev <max@mnpc.law>**

## MaxMind Correction Accepted

1 message

**donotreply@maxmind.com** <donotreply@maxmind.com>                               Mon, Dec 12, 2022 at 6:19 PM
To: max@mnpc.law

Dear Requester,

We have reviewed and accepted your correction for IP range 104.238.37.128/25. The corrected data should appear in next Friday's update. We will not send additional confirmation emails for separate corrections (you have submitted) that are accepted within the next 24 hours.

You may check whether your correction was applied via our database or web service online demos:

- GeoIP2 City Database Demo
- GeoIP2 City Precision Web Service Demo

If you have any questions please contact us at correction@maxmind.com.

Sincerely,
The Team at MaxMind

___

minFraud service customers can help us detect and prevent more fraud by reporting chargebacks, false positives, and suspected fraud here.

Follow us on Twitter.

Connect with us on LinkedIn.

For information about MaxMind's privacy practices, see our Privacy Policy.

# EXHIBIT 3-B

**MAXMIND**

Products ⌄    Support ⌄    Developers ⌄    Company ⌄    Blog    Contact

## GeoIP2 Web Service Demo

Show Sidebar ›

IP Addresses

104.238.37.190
104.238.37.197

Enter up to 25 IP addresses separated by spaces or commas. You can also test your own IP address.

Submit

### GeoIP2 City Plus Web Service Results



| IP Address | Country Code | Location | Network | Postal Code | Approximate Coordinates* | Accuracy Radius (km) | ISP | Organization | Domain | Metro Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 104.238.37.190 | US | Lewes, Delaware, United States, North America | 104.238.37.128/25 | 19958 | 38.7332, -75.1833 | 20 | Web2Objects LLC | Web2Objects LLC | | 576 |
| 104.238.37.197 | US | Lewes, Delaware, United States, North America | 104.238.37.128/25 | 19958 | 38.7332, -75.1833 | 20 | Web2Objects LLC | Web2Objects LLC | | 576 |

Is this data incorrect? Please submit correction requests here. You may also be interested in reading more about geolocation accuracy on our knowledge base.

This demo contains a subset of data from our GeoIP2 City Plus web service. You may find a table comparing our various GeoIP2 Web Services here and a high-level overview of our GeoIP2 solutions here.

Sign up for a free trial account here.

* Latitude and Longitude are often near the center of population. These values are not precise and should not be used to identify a particular address or household.

---

**MAXMIND**

**PRODUCTS**
minFraud Services
GeoIP2 Commercial Licensing
GeoIP2 Anonymous IP Database
GeoIP2 Enterprise Database
GeoIP2 Web Services
GeoIP2 Databases
GeoLite2 Free Geolocation Data

**SUPPORT**
Knowledge Base
minFraud
GeoIP
System Status ✔
GeoIP Data Correction Request
Do Not Sell My Personal Information
Notice of Collection

**DEVELOPERS**
Developer Portal
minFraud
GeoIP

**COMPANY**
About MaxMind
Working at MaxMind
Commitment to Security
Charitable Giving
Contact Us

💬 Chat

© 2022 MaxMind, Inc. MaxMind, GeoIP, minFraud, and related trademarks belong to MaxMind, Inc.      Terms of Use  |  Privacy Policy

# EXHIBIT 4

**IP2LOCATION** (/)

0 item (/cart) | US$0.00 (/cart) 🛒

# IP Address 104.238.37.190 Demo

We offer free IP geolocation query up to 50 IP addresses per day. Sign up (/register?id=18) for a demo account to be entitled to a higher daily limit. You still have **50/50** query limit available for today.

104.238.37.190          🔍 LOOKUP

ℹ This demo uses data from **IP2Location DB25 (/database/db25-ip-country-region-city-latitude-longitude-zipcode-timezone-isp-domain-netspeed-areacode-weather-mobile-elevation-usagetype-addresstype-category)** geolocation database and **IP2Proxy PX11 (/database/px11-ip-proxytype-country-region-city-isp-domain-usagetype-asn-lastseen-threat-residential-provider)** anonymous proxy database for results.

## Sign Up for Free Demo Account

Sign up (/register?id=18) free demo account today to enjoy the below benefits:

- Enable **200** IP address queries per day.
- Support IP addresses in IPv4 and IPv6.
- Receive monthly database update notification.

👉 SIGN UP NOW (/REGISTER?ID=18)

Upload IP addresses in a file? Sign up IP2Location Bulk Service (/web-service/ip2location-batch).

## IP Lookup Result

📤 Share The Result

**Permalink**          https://www.ip2location.com
/104.238.37.190 📋

## Bots

You can easily lookup an IP address on the below channels using the below commands.

| ☑ **IP Address** | 104.238.37.190 (/demo /104.238.37.190) |
| --- | --- |
| ☑ **Country** | United States of America (/us/united_states_of_america) [US] ⓘ |
| ☐ **Region** | New York |
| ☐ **City** | New York City |
| ☐ **Coordinates of City†** | 40.731323, -73.990092 (40°43'53"N  73°59'24"W) |
| ☐ **ISP** | Web2Objects LLC |
| ☐ **Local Time** | 12 Dec, 2022 04:19 PM (UTC -05:00) |
| ☐ **Domain** | web2objects.com |
| ☐ **Net Speed** | (COMP) Company/T1 |
| ☐ **IDD & Area Code** | (1) 212/646/917 |
| ☐ **ZIP Code** | 10003 |
| ☐ **Weather Station** | New York (USNY0996) |
| ☐ **Mobile Carrier** | - |
| ☐ **Mobile Country Code - MCC** | - |

### Twitter Bot (https://blog.ip2location.com /knowledge-base/how-to-lookup-ip-location-on-twitter/)

| **IP2Location Twitter Bot** | @ip2location 104.238.37.190 (https://twitter.com/intent /tweet?screen_name=ip2location& text=104.238.37.190) |
| --- | --- |
| **IP2Proxy Twitter Bot** | @ip2proxybot 104.238.37.190 (https://twitter.com/intent /tweet?screen_name=ip2proxybot& text=104.238.37.190) |

### Slack Bot (/free/plugins/others/slack-command)

| **IP2Location Slack Bot** | /ip2location 104.238.37.190 (/free /slack-command) |
| --- | --- |
| **IP2Proxy Slack Bot** | /ip2proxy 104.238.37.190 (/free /slack-command) |

### Reddit Bot (/free/plugins/others/reddit-bot)

| **IP2Location Reddit Bot** | u/ip2location_bot 104.238.37.190 (/free/reddit-bot) |
| --- | --- |
| **IP2Proxy Reddit Bot** | u/ip2proxy_bot 104.238.37.190 (/free/reddit-bot) |

### Telegram Bot (/free/plugins/others /telegram-bot)

| | |
|---|---|
| ☐ **Mobile Network Code - MNC** | - |
| ☐ **Elevation** | 1m |
| ☐ **Usage Type** | (DCH) Data Center/Web Hosting/Transit |
| ☐ **Address Type** | Unicast |
| ☐ **Category** | Data Centers |
| ☐ **Anonymous Proxy** | Yes |
| ☐ **Proxy Type** | VPN |
| ☐ **Proxy ASN** | 22400 |
| ☐ **Threat** | - |
| ☐ **Last Seen** | 11 ago |
| ☐ **Provider** | ExpressVPN |
| **Olson Time Zone (/free/olson-timezone)** | America/New_York |

| | |
|---|---|
| **IP2Location Telegram Bot** | ip2location 104.238.37.190 (/free /telegram-bot) |
| **IP2Proxy Telegram Bot** | ip2proxy 104.238.37.190 (/free /telegram-bot) |

🕐 **IP Change Email Notification**

➡ Subscribe Notification

† Latitude and Longitude are often near the center of population. These values are not precise and should not be used to identify a particular address or household.

## Try Our IP2Location Geolocation API (/web-service/ip2location)

**Get**

```
$ curl "https://api.ip2location.com/v2/?key={YOUR API KEY}&ip=104.238.37.190&format=json&package=WS25&&addon=continent,country,region,city,geotargeting,country_groupings,time_zone_info&lang=zh-cn"
```

**Response**

**IP2LOCATION** (/)

0 item (/cart) | US$0.00 (/cart) 🛒

# IP Address 104.238.37.197 Demo

We offer free IP geolocation query up to 50 IP addresses per day. Sign up (/register?id=18) for a demo account to be entitled to a higher daily limit. You still have **49/50** query limit available for today.

104.238.37.197          🔍 LOOKUP

ℹ This demo uses data from **IP2Location DB25 (/database/db25-ip-country-region-city-latitude-longitude-zipcode-timezone-isp-domain-netspeed-areacode-weather-mobile-elevation-usagetype-addresstype-category)** geolocation database and **IP2Proxy PX11 (/database/px11-ip-proxytype-country-region-city-isp-domain-usagetype-asn-lastseen-threat-residential-provider)** anonymous proxy database for results.

## Sign Up for Free Demo Account

Sign up (/register?id=18) free demo account today to enjoy the below benefits:

- Enable **200** IP address queries per day.
- Support IP addresses in IPv4 and IPv6.
- Receive monthly database update notification.

☞ SIGN UP NOW (/REGISTER?ID=18)

Upload IP addresses in a file? Sign up IP2Location Bulk Service (/web-service/ip2location-batch).

## IP Lookup Result

📤 Share The Result

**Permalink**    https://www.ip2location.com /104.238.37.197 📋

## Bots

You can easily lookup an IP address on the below channels using the below commands.

| ☑ **IP Address** | 104.238.37.197 (/demo /104.238.37.197) |
| --- | --- |
| ☑ **Country** | United States of America (/us/united_states_of_america) [US] ⓘ |
| ☐ **Region** | New York |
| ☐ **City** | New York City |
| ☐ **Coordinates of City†** | 40.731323, -73.990092 (40°43'53"N  73°59'24"W) |
| ☐ **ISP** | Web2Objects LLC |
| ☐ **Local Time** | 12 Dec, 2022 04:21 PM (UTC -05:00) |
| ☐ **Domain** | web2objects.com |
| ☐ **Net Speed** | (COMP) Company/T1 |
| ☐ **IDD & Area Code** | (1) 212/646/917 |
| ☐ **ZIP Code** | 10003 |
| ☐ **Weather Station** | New York (USNY0996) |
| ☐ **Mobile Carrier** | - |
| ☐ **Mobile Country Code - MCC** | - |

🐦 Twitter Bot (https://blog.ip2location.com /knowledge-base/how-to-lookup-ip-location-on-twitter/)

| **IP2Location Twitter Bot** | @ip2location 104.238.37.197 (https://twitter.com/intent /tweet?screen_name=ip2location& text=104.238.37.197) |
| --- | --- |
| **IP2Proxy Twitter Bot** | @ip2proxybot 104.238.37.197 (https://twitter.com/intent /tweet?screen_name=ip2proxybot& text=104.238.37.197) |

✳ Slack Bot (/free/plugins/others/slack-command)

| **IP2Location Slack Bot** | /ip2location 104.238.37.197 (/free /slack-command) |
| --- | --- |
| **IP2Proxy Slack Bot** | /ip2proxy 104.238.37.197 (/free /slack-command) |

🔴 Reddit Bot (/free/plugins/others/reddit-bot)

| **IP2Location Reddit Bot** | u/ip2location_bot 104.238.37.197 (/free/reddit-bot) |
| --- | --- |
| **IP2Proxy Reddit Bot** | u/ip2proxy_bot 104.238.37.197 (/free/reddit-bot) |

✈ Telegram Bot (/free/plugins/others /telegram-bot)

| | | |
|---|---|---|
| ☐ **Mobile Network Code - MNC** | - | |
| ☐ **Elevation** | 1m | |
| ☐ **Usage Type** | (DCH) Data Center/Web Hosting/Transit | |
| ☐ **Address Type** | Unicast | |
| ☐ **Category** | Data Centers | |
| ☐ **Anonymous Proxy** | Yes | |
| ☐ **Proxy Type** | VPN | |
| ☐ **Proxy ASN** | 22400 | |
| ☐ **Threat** | - | |
| ☐ **Last Seen** | 11 ago | |
| ☐ **Provider** | ExpressVPN | |
| **Olson Time Zone (/free/olson-timezone)** | America/New_York | |

| | |
|---|---|
| **IP2Location Telegram Bot** | ip2location 104.238.37.197 (/free /telegram-bot) |
| **IP2Proxy Telegram Bot** | ip2proxy 104.238.37.197 (/free /telegram-bot) |

🕐 **IP Change Email Notification**

➡ Subscribe Notification

† Latitude and Longitude are often near the center of population. These values are not precise and should not be used to identify a particular address or household.

# Try Our IP2Location Geolocation API (/web-service/ip2location)

Case 1:21-cr-10104-PBS   Document 126-2   Filed 01/05/23   Page 20 of 64

**Get**

```
$ curl "https://api.ip2location.com/v2/?key={YOUR API KEY}&ip=104.238.37.197&format=json&packag
e=WS25&&addon=continent,country,region,city,geotargeting,country_groupings,time_zone_info&lang=
zh-cn"
```

**Response**

# EXHIBIT 5



Products ⌄   Solutions ⌄   Why IPinfo? ⌄   Pricing   Resources ⌄   Docs   ≡



# IP Geolocation API

Around the globe, industry-leading organizations use IPinfo's geolocation data to create efficient, enjoyable, and secure online experiences for their users. These IP geolocation insights lead to better conversion rates, improved customer satisfaction, and much more with our API that's built for low latency responses.

**Sign up for free**        Contact us



```
city: "Lewes",

region: "Delaware",

country: "US",

loc: "38.7746,-75.1393",

org: "AS62874 Web2Objects LLC",

postal: "19958",

timezone: "America/New_York",
```

| Your IP | 215.204.222.212 | 247.193.70.173 | 66.131.120.255 |



Before IPinfo, we didn't personalize the site. If people landed on it, they would have to identify which country they were coming from, or the country wouldn't even be displayed. The visitor often ended up navigating through the site or going back to Google to find what they were looking for. This resulted in an unsatisfactory experience for our users.

**Anthony Jaggs** — Digital Product Owner, Bupa

 ipinfo.io

Products ⌄   Solutions ⌄   Why IPinfo? ⌄   Pricing   Resources ⌄   Docs   ☰



# IP Geolocation API

Around the globe, industry-leading organizations use IPinfo's geolocation data to create efficient, enjoyable, and secure online experiences for their users. These IP geolocation insights lead to better conversion rates, improved customer satisfaction, and much more with our API that's built for low latency responses.

**Sign up for free**      Contact us



```
city: "Lewes",
region: "Delaware",
country: "US",
loc: "38.7746,-75.1393",
org: "AS62874 Web2Objects LLC",
postal: "19958",
timezone: "America/New_York",
```

| Your IP | 215.204.222.212 | 247.193.70.173 | 66.131.120.255 |



Before IPinfo, we didn't personalize the site. If people landed on it, they would have to identify which country they were coming from, or the country wouldn't even be displayed. The visitor often ended up navigating through the site or going back to Google to find what they were looking for. This resulted in an unsatisfactory experience for our users.

**Anthony Jaggs** — Digital Product Owner, Bupa

# EXHIBIT 6

IP ADDRESS GEOLOCATION

104.238.37.190

104.238.37.190 is an IPv4 address owned by Web2Objects LLC and located in Chicago, Illinois, United States



**START NOW**

**2 Easy Steps:**
1. Click "Start Now"
2. Add PDF Converter Tool Plus Extension

Verbatim Store 'n' Stay Nano USB Flash Drive - 64GB Capacity, USB 3.0,

$11.99

Canon PG-243/CL-244 Value Pack Ink Cartridges - Pigment-Based Black, D

$26.99

SanDisk 128GB SDDD3 128GB ULTRA DUAL EXT (SDDD3-128G-

$17.99

Lenovo N22 Chromebook - Intel Celeron N3050 1.60GHz, 4GB DDR3, 16GB SS

$59.99

AT&T Accessory Handset with Caller ID/Call Waiting - 30 Name and Numbe

$19.99

HP EliteDesk 800 G2 S - Intel Core i5-6500 3.2 DDR4

$199.99

| | |
|---|---|
| Address type | IPv4 |
| ASN | 62874 - WEB2OBJECTS |
| ISP | Web2Objects LLC |
| Connection | Hosting |

| Crawler | Proxy | Attack source |
|---|---|---|
| ✖ | ✖ | ✖ |

Estimated threat level for this IP address is    LOW



| Country | United States 🇺🇸 |
| --- | --- |
| State / Region | Illinois |
| District / County | Cook |
| City | Chicago |
| Zip / Postal code | 60666 |
| Weather station | USIL0225 - Chicago |
| Coordinates | 41.8781, -87.6298 |
| Timezone | America/Chicago (UTC-6) |
| Local time | 15:36:37 |
| Languages | en-US, es-US, haw, fr |
| Currency | Dollar (USD) |

If you believe something above is incorrect, please let us know and   report wrong data

**Verbatim Store 'n' Stay Nano USB Flash Drive - 64GB Capacity, USB 3.0,**

$11.99

**SanDisk 128GB SDDD3-128G ULTRA DUAL EXT DRIVE (SDDD3-128G-A46)**

$17.99

**Canon PG-243/CI-244 Value Pack Ink - Pigment-Bas**

$26.

**Lenovo N22 Chromebook - Intel Celeron N3050 1.60GHz, 4GB DDR3, 1...**

$59.99

**Dell Chromebook 11 3120 - Intel Celeron N2840 2.16GHz DC, 4G...**

$69.99

**AT&T Accesso with Caller Waiting - 30 l**

$19.

## Try our  free IP geolocation API

```
~$ curl http://api.db-ip.com/v2/free/104.238.37.190
{
    "ipAddress": "104.238.37.190",
    "continentCode": "NA",
    "continentName": "North America",
    "countryCode": "US",
    "countryName": "United States",
    "stateProv": "Illinois",
    "city": "Chicago",
}
```

```
~$ curl http://api.db-ip.com/v2/free/104.238.37.190/countryName
United States
```

</> LEARN MORE

The free API is limited to 1,000 daily requests and returns city level location data only, if you require larger query volumes or more information such as latitude/longitude, ISP details or threat level assessment, please see our   commercial offers.

**Verbatim Store 'n' Stay Nano USB Flash Drive - 64GB Capacity, USB 3.0,**

$11.99

**Canon PG-243/CL-244 Value Pack Ink Cartridges - Pigment-Based Black, D**

$26.99    ORDER

**Lenovo N23 Chromebook - Intel Celero 1.60GHz, 4GB DDR3, 16GB SS**

$69.99



The ultimate resource for IP address geolocation and network intelligence

### Company

IP Geolocation API
IP Geolocation Database
Developers
Geolocation tools
Statistics
Customer sign-in

### Resources

FAQ
Tutorials

104.238.37.190 - United States - Web2Objects LLC - IP address geolocation

Articles

Browse IPs

ASN List

Service status

Get in touch

Eris Networks S.A.S

62 boulevard Jean Mermoz

22700 Perros-Guirec

France

Email contact

© 2022 db-ip.com - Terms of service - Privacy policy - Affiliate program

## IP ADDRESS GEOLOCATION

### 104.238.37.197

104.238.37.197 is an IPv4 address owned by Web2Objects LLC and located in Chicago, Illinois, United States



Enter Location & Destination

Find the Fastest Route to Your Destination for Free!

MapsAssist

DOWNLOAD

**2 Easy Steps:**
1. Click **"Download"**
2. Add PDF Converter Tool Plus Extension

| | |
|---|---|
| Address type | IPv4 |
| ASN | 62874 - WEB2OBJECTS |
| ISP | Web2Objects LLC |
| Connection | Hosting |

| Crawler | Proxy | Attack source |
|---|---|---|
| ✖ | ✖ | ✖ |

Estimated threat level for this IP address is    LOW





| Country | United States |
| State / Region | Illinois |
| District / County | Cook |
| City | Chicago |
| Zip / Postal code | 60666 |
| Weather station | USIL0225 - Chicago |
| Coordinates | 41.8781, -87.6298 |
| Timezone | America/Chicago (UTC-6) |
| Local time | 15:37:15 |
| Languages | en-US, es-US, haw, fr |
| Currency | Dollar (USD) |

If you believe something above is incorrect, please let us know and   report wrong data

**Verbatim Store 'n' Stay Nano USB Flash Drive - 64GB Capacity, USB 3.0,**

$11.99

**SanDisk 128GB SDDD3-128G ULTRA DUAL EXT DRIVE (SDDD3-128G-A46)**

$17.99

**Canon PG-243/CL-244 Value Pack Ink Cartridges - Pigm Black, D**

$26.99

**AT&T Accessory Handset with Caller ID/Call Waiting - 30 Name and Numbe**

$19.99

**Lenovo N22 Chromebook - Intel Celeron N3050 1.60GHz, 4GB DDR3, 16GB SS**

$59.99

**Lenovo N23 Chromebc Celeron N3060 1.60 DDR3, 16GB**

$69.99

## Try our free IP geolocation API

```
~$ curl http://api.db-ip.com/v2/free/104.238.37.197
{
    "ipAddress": "104.238.37.197",
    "continentCode": "NA",
    "continentName": "North America",
    "countryCode": "US",
    "countryName": "United States",
    "stateProv": "Illinois",
    "city": "Chicago",
}
```

```
~$ curl http://api.db-ip.com/v2/free/104.238.37.197/countryName
United States
```

**</> LEARN MORE**

The free API is limited to 1,000 daily requests and returns city level location data only, if you require larger query volumes or more information such as latitude/longitude, ISP details or threat level assessment, please see our   commercial offers.



The ultimate resource for IP address geolocation and network intelligence

## Company

IP Geolocation API

IP Geolocation Database

Developers

Geolocation tools

Statistics

Customer sign-in

## Resources

FAQ

Tutorials

Articles

Browse IPs

ASN List

Service status

Get in touch

Eris Networks S.A.S

62 boulevard Jean Mermoz

22700 Perros-Guirec

France

Email contact

© 2022 db-ip.com - Terms of service - Privacy policy - Affiliate program

# EXHIBIT 7

| _code | ip | latitude | longitude | postal_code | region_code | region_name | timezone | host | ttp_status_cod | subst | http_version | input_type | _seco | log_timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter |
| 7574 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:24:43.000Z |
| 7575 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:31.000Z |
| 7576 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:29.000Z |
| 7577 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:28.000Z |
| 7578 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:17.000Z |
| 7579 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:17.000Z |
| 7580 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:15.000Z |
| 7581 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:13.000Z |
| 7582 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:13.000Z |
| 7583 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7584 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7585 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7586 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7587 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7588 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7589 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7590 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7591 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7592 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7593 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7594 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7595 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7596 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7597 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7598 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7599 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7600 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7601 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |
| 7602 | 104.238.37.197 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-24T09:18:12.000Z |

| | _code | ip | latitude | longitude | postal_code | region_code | region_name | timezone | host | ttp_status_cod | _subst | http_version | input_type | _seco | log_timestamp | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter | Filter |
| 9000 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:23:09.000Z | 2018-10-22 14:23:0 |
| 9001 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:23:08.000Z | 2018-10-22 14:23:0 |
| 9002 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:47.000Z | 2018-10-22 14:22:4 |
| 9003 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:47.000Z | 2018-10-22 14:22:4 |
| 9004 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:46.000Z | 2018-10-22 14:22:4 |
| 9005 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:46.000Z | 2018-10-22 14:22:4 |
| 9006 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:46.000Z | 2018-10-22 14:22:4 |
| 9007 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:46.000Z | 2018-10-22 14:22:4 |
| 9008 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:46.000Z | 2018-10-22 14:22:4 |
| 9009 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:46.000Z | 2018-10-22 14:22:4 |
| 9010 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe21 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:43.000Z | 2018-10-22 14:22:4 |
| 9011 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:16.000Z | 2018-10-22 14:22:1 |
| 9012 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:09.000Z | 2018-10-22 14:22:0 |
| 9013 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:09.000Z | 2018-10-22 14:22:0 |
| 9014 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:09.000Z | 2018-10-22 14:22:0 |
| 9015 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:09.000Z | 2018-10-22 14:22:0 |
| 9016 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:09.000Z | 2018-10-22 14:22:0 |
| 9017 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:22:09.000Z | 2018-10-22 14:22:0 |
| 9018 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe22 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:21:48.000Z | 2018-10-22 14:21:4 |
| 9019 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe22 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:21:46.000Z | 2018-10-22 14:21:4 |
| 9020 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe22 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:21:46.000Z | 2018-10-22 14:21:4 |
| 9021 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe22 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:21:39.000Z | 2018-10-22 14:21:3 |
| 9022 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe22 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:21:39.000Z | 2018-10-22 14:21:3 |
| 9023 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe22 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:21:39.000Z | 2018-10-22 14:21:3 |
| 9024 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe22 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:21:39.000Z | 2018-10-22 14:21:3 |
| 9025 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:21:39.000Z | 2018-10-22 14:21:3 |
| 9026 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:21:24.000Z | 2018-10-22 14:21:2 |
| 9027 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:21:24.000Z | 2018-10-22 14:21:2 |
| 9028 | | 104.238.37.190 | 38.7259 | -75.1678 | 19958 | DE | Delaware | America/... | azad3-wfe23 | 200 | 0 | HTTP/2.0 | log | | 2018-10-22T14:21:16.000Z | 2018-10-22 14:22 |

# EXHIBIT 8

Welcome to the new look of justice.gov. In the coming months you'll see more pages in this new design. Please share your feedback with our [webmaster]().   ✕

🇺🇸 An official website of the United States government   Here's how you know

**≡**
**Menu**

Search 🔍

---

**News**        **+**

---

**PRESS RELEASE**

# Tech Company and CEO Plead Guilty to Twenty Counts of Wire Fraud Mid-Trial

Thursday, November 18, 2021



**For Immediate Release**

U.S. Attorney's Office, District of South Carolina

**Charleston, South Carolina** --- Acting United States Attorney M. Rhett DeHart announced today that Micfo, LLC, a tech company located in Charleston, and its chief executive officer (CEO), Amir Golestan, 38, of Charleston, have both pleaded guilty to twenty counts of wire fraud. Specifically, both defendants pled mid-way through a federal trial after evidence presented in the case showed Golestan, acting through Micfo, created fictitious persons and companies to sell fraudulently obtained Internet address rights for millions of dollars.

"Corporate and executive malfeasance can be difficult to detect and even harder to prosecute, and this case is an excellent example of the success we can achieve in spite of this difficulty when we work with our federal and agency partners," said Acting U.S. Attorney DeHart. "This office greatly appreciates the hard work of the Federal Bureau of Investigation (FBI) and the American Registry for Internet Numbers (ARIN) on this case. I want to especially recognize the efforts of ARIN's Chief Customer Officer John Sweeting, General Counsel Michael Abejuela, and their outside counsel Steve Ryan and Sam Neel from McDermott Will & Emery LLP."

"Corporate wrongdoers often avoid accountability by obscuring their criminal conduct through complicated business procedures or by operating in areas unfamiliar to most people," said Criminal Chief Nathan Williams, who prosecuted the case alongside Assistant United States Attorney Amy Bower. "The world of Internet resources is one of those areas. However, this case shows that the FBI and U.S. Attorney's Office, along with other agency partners, are capable of detecting complex crimes and prosecuting corporate and executive criminals."

"Like many corporate fraud criminals often do, Golestan made the mistake of assuming his scheme would not be discovered," said Susan Ferensic, Special Agent in Charge of the FBI Columbia Field Office.  "Make no mistake, the FBI along with our local, state, and federal partners, will work nonstop to uncover and pursue charges for criminals who adversely affect our Internet infrastructure."

"ARIN is grateful for the hard work by the U.S. Attorney's Office in South Carolina and the FBI to hold Mr. Golestan and Micfo accountable for the complex fraud perpetrated against ARIN," said John Curran, ARIN's President and CEO.  "Mr. Golestan's scheme harmed ARIN and our community of Internet registry customers, and we hope that this outcome will send a clear message to any other parties contemplating fraudulent schemes to obtain or transfer Internet resources"

Evidence presented during the trial showed that Golestan started Micfo in Charleston in 1999. The company represented itself as providing web hosting and other Internet-based services. From February 2014 until the federal indictment in this case in May 2019, Golestan, as CEO of Micfo, created ten separate and fictitious companies which he referred to as "Channel Partners." The purpose of these Channel Partners was to obtain address rights to Internet Protocol (IP) version 4 addresses (IPv4) from ARIN.

IPv4 addresses are numerical labels assigned to each device connected to a computer network that uses the Internet for communication.  ARIN is a nonprofit organization that administers IP address rights, allocations, and transfers in the United States, Canada, and parts of the Caribbean.  To obtain an IP address allocation from ARIN, per its policies, an

entity must provide a need-based justification. ARIN's pool of IPv4 addresses has been depleted so there has been an increasing demand, which has resulted in a secondary market where prices for a single IPv4 address have increased dramatically.

Golestan created the fictitious Channel Partners, which would sometimes include creating web pages and fictional employees, to make the companies look legitimate and meet ARIN's need-based justification policies for allocation of IPv4 addresses. Golestan, using the fake companies, was granted the rights to hundreds of thousands of IPv4 addresses from ARIN worth tens of millions of dollars. Once Golestan had fraudulently obtained the IPv4 address rights, he began to sell those rights for millions of dollars.

As a result of his fraudulent scheme, Golestan pocketed approximately $3.5 million dollars, with another $6.2 million dollars waiting in escrow that would have went to Golestan had he not been caught. Although Golestan and his company initially went to trial, after two days and testimony from eight Government witnesses, both Micfo and Golestan pleaded guilty to all twenty counts of wire fraud without a plea agreement.

Golestan faces of maximum penalty under each count of 20 years in federal prison, a fine of $250,000, 3 years of supervision to follow the term of imprisonment, and restitution. Micfo, the company, faces a maximum fine under each count of $500,000. United States District Judge Richard M. Gergel accepted the guilty pleas and will sentence Golestan after receiving and reviewing a sentencing report prepared by the United States Probation Office.

The case was investigated by the FBI. Assistant United States Attorneys Nathan Williams and Amy Bower are prosecuting the case.

#####

**Contact**

Derek Shoemake (843) 813-0982

*Updated November 18, 2021*

**Topics**

| **FINANCIAL FRAUD**

**Component**

USAO - South Carolina

# Related Content

**PRESS RELEASE**

## Myrtle Beach Resort Manager Indicted for Fraud Scheme Totaling Nearly $1 Million

September 20, 2022

**PRESS RELEASE**

## South Carolina Woman Sentenced in Social Security Fraud Scheme

September 12, 2022

**PRESS RELEASE**

## Man Sentenced to Two Years in Federal Prison for Wire Fraud

August 30, 2022

 **District of South Carolina**

Main Office:

Wells Fargo Building

1441 Main Street Suite 500

Columbia, SC 29201

Columbia: (803) 929-3000

Charleston: (843) 727-4381

Greenville: (864) 282-2100

Florence: (843) 665-6688

Stay Connected





Archives

Budget & Performance

FOIA

Accessibility

Legal Policies & Disclaimers

Privacy Policy

For Employees

**Information Quality**

**Office of the Inspector General**

**No FEAR Act Data**

**Small Business**

**Vote.gov**

**Español**

**Have a question about Government Services?**

**Contact USA.gov**

# EXHIBIT 9

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Amber Vaught_____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by StackPath LLC,_____ and my title is _____Chief Accounting Officer_____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.

I state that the records attached hereto are true duplicates of the original records in the custody StackPath LLC_____. The attached records consist of Invoices bearing Bates Nos. STPH-001 to STPH-009.

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of StackPath LLC_____, and they were made by StackPath LLC_____ as a regular practice; and

b.      such records were generated by StackPath LLC's___ electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of StackPath LLC_____ in a manner to ensure that they are true duplicates of the original records; and

KLYUSHIN-HC-000033

2.      the process or system is regularly verified by <u>StackPath LLC      </u>, and at

all times pertinent to the records certified here the process and system functioned

properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the

Federal Rules of Evidence.

<u>  12/7/2022     </u>

Date

<u>  Amber Vaught     </u>

Signature

KLYUSHIN-HC-000034

8/5/2019                    Private Cloud Solutions - Invoice #569834

 **PAID**

Invoice #569834

| **Invoiced To** | **Pay To** |
|---|---|
| Mudhook Marketing | Micfo |
| Sherri Russell | ATTN: Accounts Receivable |
| 1920 McKinney Avenue, 7th Floor, | 198 East Bay Street, 2nd Floor |
| Dallas, Texas, 75201 | Charleston, SC 29401 |
| United States | United States |

| **Invoice Date** | **Payment Method** |
|---|---|
| Thursday, July 25th, 2019 | Square/Credit Card |

### Invoice Items

| Description | Amount |
|---|---|
| Custom Built - BOS \| 104.238.37.0/24 (08/01/2019 - 08/31/2019) | $505.00 USD |
| DC Location: BOS - Boston, MA | |
| Location: Colocation | |
| Server Space: U-07 | |
| Processor: 2x Intel Xeon E5-2697v2 | |
| Hard Drive: 2 x 1 TB | |
| Memory: 64 GB | |
| RAID Card: RAID-1 Software | |
| Operating System: --To Be Confirmed-- | |
| Control Panel: None | |
| IP Address: /27 subnet, 29 Usable IP | |
| Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB) | |
| Port: 1 Gbps | |

STPH-001

KLYUSHIN-HC-000035

8/5/2019                                    Private Cloud Solutions - Invoice #569834

| Description | Amount |
|---|---|
| Custom Built - DEN \| 146.88.193.98 \| 146.88.193.96/29 (08/01/2019 - 08/31/2019) | $505.00 USD |
| DC Location: DEN - Denver, CO | |
| Location: Colocation | |
| Server Space: --To Be Confirmed-- | |
| Processor: 2x Intel Xeon E5-2697v2 | |
| Hard Drive: 2 x 1 TB | |
| Memory: 64 GB | |
| RAID Card: RAID-1 Software | |
| Operating System: --To Be Confirmed-- | |
| Control Panel: None | |
| IP Address: /29 subnet, 5 Usable IP | |
| Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB) | |
| Port: 1 Gbps | |

| | |
|---|---|
| **Sub Total** | $1,010.00 USD |
| **Credit** | $0.00 USD |
| **Total** | $1,010.00 USD |

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| Monday, August 5th, 2019 | - | I1dklMSnCv3kzf9dZz7yC77eV | $1,010.00 USD |
| | | **Balance** | $0.00 USD |

KLYUSHIN-HC-000036

8/5/2019                          Private Cloud Solutions - Invoice #566845



**PAID**

Invoice #566845

| **Invoiced To** | **Pay To** |
|---|---|
| Mudhook Marketing | Micfo |
| Sherri Russell | ATTN: Accounts Receivable |
| 1920 McKinney Avenue, 7th Floor, | 198 East Bay Street, 2nd Floor |
| Dallas, Texas, 75201 | Charleston, SC 29401 |
| United States | United States |

| **Invoice Date** | **Payment Method** |
|---|---|
| Monday, June 24th, 2019 | Square/Credit Card |

### Invoice Items

| Description | Amount |
|---|---|
| Custom Built - BOS \| 104.238.37.0/24 (07/01/2019 - 07/31/2019) | $505.00 USD |
| DC Location: BOS - Boston, MA | |
| Location: Colocation | |
| Server Space: U-07 | |
| Processor: 2x Intel Xeon E5-2697v2 | |
| Hard Drive: 2 x 1 TB | |
| Memory: 64 GB | |
| RAID Card: RAID-1 Software | |
| Operating System: --To Be Confirmed-- | |
| Control Panel: None | |
| IP Address: /27 subnet, 29 Usable IP | |
| Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB) | |
| Port: 1 Gbps | |

KLYUSHIN-HC-000037

8/5/2019                               Private Cloud Solutions - Invoice #566845

| Description | Amount |
|---|---|
| Custom Built - DEN \| 146.88.193.98 \| 146.88.193.96/29 (07/01/2019 - 07/31/2019) | $505.00 USD |
| DC Location: DEN - Denver, CO | |
| Location: Colocation | |
| Server Space: --To Be Confirmed-- | |
| Processor: 2x Intel Xeon E5-2697v2 | |
| Hard Drive: 2 x 1 TB | |
| Memory: 64 GB | |
| RAID Card: RAID-1 Software | |
| Operating System: --To Be Confirmed-- | |
| Control Panel: None | |
| IP Address: /29 subnet, 5 Usable IP | |
| Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB) | |
| Port: 1 Gbps | |

|  |  |
|---|---|
| **Sub Total** | $1,010.00 USD |
| **Credit** | $0.00 USD |
| **Total** | $1,010.00 USD |

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| Monday, August 5th, 2019 | - | MLniAqSnONdbQ3GN4QpMZf8eV | $1,010.00 USD |
|  |  | **Balance** | $0.00 USD |

STPH-004

KLYUSHIN-HC-000038





Micfo
ATTN: Accounts Receivable
198 East Bay Street, 2nd Floor
Charleston, SC 29401
United States

## Invoice #536341

Invoice Date: Saturday, November 24th, 2018

Due Date: Saturday, December 1st, 2018

**Invoiced To**
Mudhook Marketing
ATTN: Sherri Russell
1920 McKinney Avenue, 7th Floor
Dallas, Texas, 75201
United States

| Description | Total |
|---|---|
| Custom Built - BOS \| 104.238.37.0/24 (12/01/2018 - 12/31/2018)<br>DC Location: BOS - Boston, MA<br>Location: Colocation<br>Server Space: U-07<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /27 subnet, 29 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - DEN \| 146.88.193.98 \| 146.88.193.96/29 (12/01/2018 - 12/31/2018)<br>DC Location: DEN - Denver, CO<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Sub Total | $1,010.00 USD |
| Credit | $0.00 USD |
| Total | $1,010.00 USD |

STPH-005

KLYUSHIN-HC-000039

Transactions

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| No Related Transactions Found | | | |
| | | Balance | $1,010.00 USD |

PDF Generated on Saturday, November 24th, 2018

STPH-006

KLYUSHIN-HC-000040





Micfo
ATTN: Accounts Receivable
198 East Bay Street, 2nd Floor
Charleston, SC 29401
United States

## Invoice #538211

Invoice Date: Tuesday, December 4th, 2018

Due Date: Tuesday, December 11th, 2018

**Invoiced To**
Mudhook Marketing
ATTN: Sherri Russell
1920 McKinney Avenue, 7th Floor
Dallas, Texas, 75201
United States

| Description | Total |
|---|---|
| Custom Built - BOS \| 104.238.37.0/24 (12/11/2018 - 01/10/2019)<br>DC Location: BOS - Boston, MA<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /27 subnet, 29 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - CLE \| 66.171.36.82 \| 66.171.36.80/29 (12/11/2018 - 01/10/2019)<br>DC Location: CLE - Cleveland, OH<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - DEN \| 146.88.193.66 \| 146.88.193.64/29 (12/11/2018 - 01/10/2019)<br>DC Location: DEN - Denver, CO<br>Location: Colocation<br>Server Space: --To Be Confirmed-- | $505.00 USD |

STPH-007

KLYUSHIN-HC-000041

| | |
|---|---|
| Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | |
| Custom Built - JAN \| 45.56.174.0/24 (12/11/2018 - 01/10/2019)<br>DC Location: JAN - Jackson, MS<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - MKE \| 45.56.173.0/24 (12/11/2018 - 01/10/2019)<br>DC Location: MKE - Milwaukee, WI<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /27 subnet, 29 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - STL \| 165.84.226.74 \| 165.84.226.72/29 (12/11/2018 - 01/10/2019)<br>DC Location: STL - St. Louis, MO<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 10 Gbps | $505.00 USD |
| **Sub Total** | **$3,030.00 USD** |
| **Credit** | **$0.00 USD** |
| **Total** | **$3,030.00 USD** |

**Transactions**

STPH-008

KLYUSHIN-HC-000042

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| No Related Transactions Found | | | |
| | | Balance | $3,030.00 USD |

PDF Generated on Tuesday, December 4th, 2018

STPH-009

KLYUSHIN-HC-000043

# EXHIBIT 10





**Micfo**
ATTN: Accounts Receivable
198 East Bay Street, 2nd Floor
Charleston, SC 29401
United States

## Invoice #536341

Invoice Date: Saturday, November 24th, 2018

Due Date: Saturday, December 1st, 2018

**Invoiced To**
Mudhook Marketing
ATTN: Sherri Russell
1920 McKinney Avenue, 7th Floor
Dallas, Texas, 75201
United States

| Description | Total |
|---|---|
| Custom Built - BOS \| 104.238.37.0/24 (12/01/2018 - 12/31/2018)<br>DC Location: BOS - Boston, MA<br>Location: Colocation<br>Server Space: U-07<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /27 subnet, 29 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - DEN \| 146.88.193.98 \| 146.88.193.96/29 (12/01/2018 - 12/31/2018)<br>DC Location: DEN - Denver, CO<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| **Sub Total** | **$1,010.00 USD** |
| **Credit** | **$0.00 USD** |
| **Total** | **$1,010.00 USD** |

CP_15022

MicfoLLC_Sub_00008875
KLYUSHIN-HC-000180

Transactions

| Transaction Date | Gateway | Transaction ID | Amount |
| --- | --- | --- | --- |
| Saturday, December 1st, 2018 | Debit/Credit Card | 41079587865 | $1,010.00 USD |
| | | Balance | $0.00 USD |

PDF Generated on Monday, February 18th, 2019

CP_15023





**Micfo**
ATTN: Accounts Receivable
198 East Bay Street, 2nd Floor
Charleston, SC 29401
United States

## Invoice #538211

Invoice Date: Tuesday, December 4th, 2018

Due Date: Tuesday, December 11th, 2018

**Invoiced To**
Mudhook Marketing
ATTN: Sherri Russell
1920 McKinney Avenue, 7th Floor
Dallas, Texas, 75201
United States

| Description | Total |
|---|---|
| Custom Built - BOS \| 104.238.37.0/24 (12/11/2018 - 01/10/2019)<br>DC Location: BOS - Boston, MA<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /27 subnet, 29 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - CLE \| 66.171.36.82 \| 66.171.36.80/29 (12/11/2018 - 01/10/2019)<br>DC Location: CLE - Cleveland, OH<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - DEN \| 146.88.193.66 \| 146.88.193.64/29 (12/11/2018 - 01/10/2019)<br>DC Location: DEN - Denver, CO<br>Location: Colocation<br>Server Space: --To Be Confirmed-- | $505.00 USD |

CONFIDENTIAL

| | |
|---|---|
| Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | |
| Custom Built - JAN \| 45.56.174.0/24 (12/11/2018 - 01/10/2019)<br>DC Location: JAN - Jackson, MS<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - MKE \| 45.56.173.0/24 (12/11/2018 - 01/10/2019)<br>DC Location: MKE - Milwaukee, WI<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /27 subnet, 29 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - STL \| 165.84.226.74 \| 165.84.226.72/29 (12/11/2018 - 01/10/2019)<br>DC Location: STL - St. Louis, MO<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 10 Gbps | $505.00 USD |
| Sub Total | $3,030.00 USD |
| Credit | $0.00 USD |
| Total | $3,030.00 USD |

## Transactions

CP_15349

CONFIDENTIAL

MicfoLLC_Sub_00009202<br>KLYUSHIN-HC-000183

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| Tuesday, December 11th, 2018 | Debit/Credit Card | 41096552037 | $3,030.00 USD |
| | | Balance | $0.00 USD |

PDF Generated on Monday, February 18th, 2019

CP_15350

MicfoLLC_Sub_00009203

KLYUSHIN-HC-000184





**Micfo**
ATTN: Accounts Receivable
198 East Bay Street, 2nd Floor
Charleston, SC 29401
United States

## Invoice #541961

Invoice Date: Tuesday, December 25th, 2018

Due Date: Tuesday, January 1st, 2019

**Invoiced To**
Mudhook Marketing
ATTN: Sherri Russell
1920 McKinney Avenue, 7th Floor
Dallas, Texas, 75201
United States

| Description | Total |
| --- | --- |
| Custom Built - BOS \| 104.238.37.0/24 (01/01/2019 - 01/31/2019)<br>DC Location: BOS - Boston, MA<br>Location: Colocation<br>Server Space: U-07<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /27 subnet, 29 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Custom Built - DEN \| 146.88.193.98 \| 146.88.193.96/29 (01/01/2019 - 01/31/2019)<br>DC Location: DEN - Denver, CO<br>Location: Colocation<br>Server Space: --To Be Confirmed--<br>Processor: 2x Intel Xeon E5-2697v2<br>Hard Drive: 2 x 1 TB<br>Memory: 64 GB<br>RAID Card: RAID-1 Software<br>Operating System: --To Be Confirmed--<br>Control Panel: None<br>IP Address: /29 subnet, 5 Usable IP<br>Bandwidth Transfer: 300 Mbit Unmetered Connection (100 TB)<br>Port: 1 Gbps | $505.00 USD |
| Sub Total | **$1,010.00 USD** |
| Credit | **$0.00 USD** |
| Total | **$1,010.00 USD** |

CP_15985

CONFIDENTIAL

MicfoLLC_Sub_00009838
KLYUSHIN-HC-000185

Transactions

| Transaction Date | Gateway | Transaction ID | Amount |
|---|---|---|---|
| Tuesday, January 1st, 2019 | Debit/Credit Card | 41126701318 | $1,010.00 USD |
| | | Balance | $0.00 USD |

PDF Generated on Monday, February 18th, 2019

CP_15986

CONFIDENTIAL

MicfoLLC_Sub_00009839
KLYUSHIN-HC-000186