UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>VLADISLAV KLYUSHIN )<br>       Defendant )<br> ) | CRIMINAL NO. 21-cr-10104-PBS |

### MOTION FOR LEAVE TO FILE SUPPLEMENT TO REQUEST FOR A *DAUBERT* HEARING AND TO EXCLUDE TESTIMONY OF MAXWELL CLARKE ON OR BEFORE JANUARY 9, 2023

Now comes the Defendant Vladislav Klyushin, by and through undersigned counsel, and hereby respectfully requests leave to file a supplement to his request for a *Daubert* hearing and to exclude the expert testimony of Maxwell Clarke on or before January 9, 2023. Following the filing of the defendant's *Omnibus* Motion *in Limine*, the government produced an additional expert disclosure and additional discovery relating to Mr. Maxwell Clark's statistical analyses, including 12 spreadsheets encompassing tens of thousands of data points that the defense's expert is in the process of reviewing. The defense anticipates that the review will be completed by January 9, 2023. Accordingly, it seeks to file a supplement to its motion on or before January 9, 2023, which will provide the government ample opportunity to review the filing prior to the scheduled January 12, 2023, hearing.

**WHEREFORE,** the defense respectfully requests this Honorable Court to grant its request.

### COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

The undersigned counsel has conferred with the Government, who by and through AUSA Seth Kosto, indicated that it is likely to agree to the request, but has not yet given its assent.

1

        Respectfully Submitted,
Vladislav Klyushin,
By His Attorney,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

Dated: January 5, 2023

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, January 5, 2023, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.