# MICHAEL CULLAN

Machine Learning Engineer

✉ mjcullan@gmail.com

 Github (https://github.com/mcullan) | 🔗 LinkedIn (https://linkedin.com/in/mcullan)

---

## ▍Experience

### Consulting ML Engineer                                    March 2022 - Current

- Helped client prototype applications for miniature computer vision devices.
- Helped client apply nonparametric Bayesian methods for financial modeling.

### Comet ML

Machine Learning Engineer                                    Sep 2021 - Mar 2022

- Prototyped Machine Learning Ops/Engineering solutions for prospective and existing customers.
- Developed visualization and tracking tools for users to monitor model training, including for multi-node, multi-GPU deep learning.

### The Data Incubator

Data Scientist in Residence                                  Apr 2019 - Aug 2021

- Taught post-graduate industry training courses in data science and analytics.
- Orchestrated deployments for web-based data science learning environments using Kubernetes.

### Arizona State University

Graduate Research Assistant                                  Oct 2016 - Dec 2019

- Developed a new algorithm for self-supervised model selection for time series data.
- Research supported by a Field Museum Innovation Award.

### University of Arizona MUSICA Lab

Undergraduate Research Assistant                             Sep 2015 - May 2016

- Wrote Python scripts to preprocess multi-modal musical data for a live jazz performance AI.

## ▍Publications

Cullan, M., Sterner, B., and Lidgard, S., 2020. Controlling the error probabilities of model selection information criteria using bootstrapping

Fries, J., Weber, L., and Seelam et al., N., 2022. BIGBIO: A Framework for Data-Centric Biomedical Natural Language Processing

## ▍Skills

**Data Science**

Pandas - 6 years

Scikit-learn - 5 years

Spark - 3 years

**Data Visualization**

Matplotlib - 6 years

Shiny - 6 years

Tableau - 3 years

**Machine Learning**

Computer Vision - 7 years

MLOps - 5 years

Multi-GPU training - 2 years

NLP - 3 years

Pytorch - 3 years

Tensorflow - 4 years

**Production and Cloud**

AWS/GCP - 3 years

CI/CD - 3 years

Docker - 3 years

Git - 5 years

Kubernetes - 3 years

**Programming Languages**

Bash - 7 years

Python - 7 years

R - 6 years

SQL - 5 years

## ▍Education

**MS Statistics**

Arizona State University

2016 - 2019

**BS Mathematics**

University of Arizona

2012 - 2016