UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>VLADISLAV KLYUSHIN, )<br>  a/k/a "Vladislav Kliushin" )<br>IVAN ERMAKOV, )<br>  a/k/a "Ivan Yermakov", and )<br>NIKOLAI RUMIANTCEV, )<br>  a/k/a "Nikolay Rumyantcev" )<br>)<br>Defendants. )<br>) | Criminal No. 21-10104-PBS |

## STIPULATION

The parties hereby stipulate and agree that defendant Vladislav Klyushin was arrested in Sion, Switzerland on March 21, 2021 at approximately 13:30 local time, which was 12:30 UTC time. This stipulation is admissible evidence.

Respectfully submitted,

| VLADISLAV KLYUSHIN | RACHAEL S. ROLLINS |
|---|---|
| Defendant | United States Attorney |
|  |  |
| By: /s Maksim Nemtsev | /s/ Stephen E. Frank |
| MAKSIM NEMTSEV | STEPHEN E. FRANK |
| MARC FERNICH | SETH B. KOSTO |
| Counsel for Defendant | Assistant United States Attorneys |

January 16, 2023