JUROR QUESTIONNAIRE

We are selecting a jury for a trial in this criminal case. The trial is expected to begin January 30 and last until the middle of February. The case involves allegations of hacking and insider trading by Russian nationals.

Please answer the following questions to the best of your ability. Your answers will be used in the jury selection process for this case.

A member of the Clerk's Office staff will be available while you complete the questionnaire and will collect the questionnaire when you are done. If you have any difficulty reading, understanding or completing the questionnaire, please ask for assistance.

1. Do you have a scheduling conflict that prevents you from serving as a juror during the period from January 30 through the middle of February?

    ☐ Yes        ☐ No

    If yes, please explain.



2. How old are you?

3. In what city/town do you currently reside?

4. Please state how far you went in school (circle highest level):

    a. High school degree or less

    b. Vocational/trade school

    c. Some college/Two-year degree

    d. Four-year college degree

    e. Post-graduate work

5. What is your current occupation? If you are retired, please write "retired" and provide your former occupation.

Juror Number: _____

6. Please state your places of employment for the past five years, and, for each one, please provide a description of your job duties. If you are retired, please provide this information for the five years before you retired.

7. Have you, a family member, or a close friend ever worked for a securities brokerage firm, mutual fund company, hedge fund, investment manager, investment advisor, securities trader, investment analyst, investment bank, stock promoter, or any other financial institution involved in the buying or selling of securities?

☐ Yes    ☐ No

If yes, please explain.

8. Have you, a family member, or a close friend ever worked for a Filing Agent tasked with maintaining and filing sensitive documents on behalf of publicly traded companies?

☐ Yes    ☐ No

If yes, please explain.

9. Have you, a family member, or a close friend ever worked in the cybersecurity field?

☐ Yes    ☐ No

If yes, please explain.

Juror Number: _____

10. Have you ever invested in securities (e.g., stocks or bonds)?

    ☐ Yes        ☐ No

11. Is there anything about your experience as an investor or your views of the securities markets that might affect your ability to be fair and impartial in this case?

    ☐ Yes        ☐ No

    If yes, please explain.

12. Have you ever been the victim of a fraud or cyber intrusion that might affect your ability to be fair and impartial in this case?

    ☐ Yes        ☐ No

    If yes, please explain.

13. Do you have any strong opinions, thoughts, or feelings about allegations of hacking and/or insider trading by Russian nationals?

    ☐ Yes        ☐ No

    If yes, please explain.

Juror Number: _____

14. Do you have any opinion about the war between Ukraine and Russia or allegations of Russian interference in United States elections that in any way impacts your ability to be fair and impartial?

☐ Yes     ☐ No

If yes, please explain.

15. Would the fact that the defendant's company contracted to provide services to the Russian Federation affect your ability to be fair and impartial?

☐ Yes     ☐ No

If yes, please explain.

16. Would the fact that the defendant in this case is a Russian national and not a US citizen affect your ability to be fair and impartial?

☐ Yes     ☐ No

If yes, please explain.

17. How and where do you typically get your news? Meaning what newspapers, magazines, TV shows and websites do you regularly read, watch or visit to keep up with current events?

Juror Number: _____

18. Have you heard, read, or seen anything from newspapers, television, radio, the internet, friends, family, or any other source regarding Vladislav Klyushin, the charges against him, or this case?

☐ Yes  ☐ No

If yes, please describe what you heard, read, or saw, when and where you saw it, and what opinions (if any) you formed based on the information.

I solemnly swear or affirm under penalty of perjury that my answers to the questions in this questionnaire are true, correct, and complete to the best of my knowledge.

Signature: _____  Juror Number: _____

Printed Name: _____  Date: _____

Juror Number: _____