*U.S. v. Klyushin*, 21-CR-10104 (PBS)

<u>Government's Exhibits for Daubert Hearing - January 18, 2023</u>

| | |
|---|---|
| Exhibit A | Trading Blotters: Accounts and Traders |
| Exhibit B | Trading Summary (1/1/18 - 9/30/20) |
| Exhibit C | Profits by Type of Trading (1/1/18 - 9/30/20) |
| Exhibit D | DFIN Toppan Merrill Earnings Trades Profits over Maximum Net Deposit |
| Exhibit E | Expected vs. Observed Proportion of Trades on DFIN or Toppan Merrill Filed Earnings |
| Exhibit F | Test for Independence of Relese Filing Agent and Trading: Earnings Events Only |
| Exhibit G | % Direction Traded by Subsequent Earnings Surprise Direction for V. Klyushin |
| Exhibit H | Test for Independence of Direction of Earnings Surprise |
| Exhibit I | Vladislav Klyushin - Trading in SFM |
| Exhibit J | Start of Trading Versus DFIN Download Time |
| Exhibit K | Klyushin: Start of Trading Versus DFIN Download Time |
| Exhibit L | Dollars Traded by Month by Earnings Release's Filing Agent |