*U.S. v. Klyushin,* 21-CR-10104 (PBS)

**Defendant's Exhibits for Daubert Hearing – January 18, 2023**

| | |
|---|---|
| Exhibit 1 | Fischer's Exact Test – StatsTest Printout |
| Exhibit 2 | Fischer's Exact Test – Contingency Tables |
| Exhibit 3 | Information Systems Research – Too Big to Fail: Large Samples and the *p*-value Problem |
| Exhibit 4 | American Statistical Association Release – Statement on Statistical Significance and *p*-Values |
| Exhibit 5 | Chi-Square Test – Contingency Tables |
| Exhibit 7 | Igor Sladkov – Transactions – 2/17/2017 through 12/29/2017 |