UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>VLADISLAV KLYUSHIN, )<br>  a/k/a "Vladislav Kliushin" )<br>IVAN ERMAKOV, )<br>  a/k/a "Ivan Yermakov", and )<br>NIKOLAI RUMIANTCEV, )<br>  a/k/a "Nikolay Rumyantcev" )<br> )<br>Defendants. )<br>_____) | Criminal No. 21-10104-PBS |

STIPULATION #2

The parties hereby stipulate and agree that defendant Vladislav Klyushin was married to

Zhannetta Klyushina, who is also known as Zhanna Klyushina, at all times relevant to the charges

in the Indictment.  This stipulation is admissible in evidence.

Respectfully submitted,

VLADISLAV KLYUSHIN                                    RACHAEL S. ROLLINS
Defendant                                                       United States Attorney


By: _/s Maksim Nemtsev_____                     /s/ Stephen E. Frank_____
   MAKSIM NEMTSEV                                      STEPHEN E. FRANK
   MARC FERNICH                                          SETH B. KOSTO
   Counsel for Defendant                                 Assistant United States Attorneys

January 23, 2023