UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )| |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-cr-10104-PBS |
| | ) | |
| VLADISLAV KLYUSHIN | ) | |
| Defendant | ) | |
| | ) | |

**RESPONSE TO REPLY MOTION IN LIMINE TO ADMIT STATEMENT OF THE DEFENDANT**

As the government's parenthetical description of *Ulbricht* implicitly recognizes, nothing in *Old Chief* – a Rule 404(b) case – abrogates the Court's Rule 403 discretion to exclude allegedly relevant evidence on grounds of unfair prejudice, confusing the issues, misleading the jury and needlessly presenting cumulative evidence. We're confident the Court knows how to perform traditional Rule 403 balancing. The government's application is straightforward and hardly novel.

We will address in Court tomorrow the nightly document dump the government has been conducting since Friday, including two rounds of "New and Updated Exhibits" arriving today in rapid succession at 4:57 and 6:41 pm.

1

Respectfully Submitted,
Vladislav Klyushin,
By His Attorney,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

**/s/ Marc Fernich**
Marc Fernich
Law Office of Marc Fernich
800 Third Avenue
Ste Floor 20
New York, NY 10022
212-446-2346
Email: maf@fernichlaw.com

Dated: January 29, 2023

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, January 29, 2023, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.