| City | Country | Server Name | VPN Type | Static or Dynamic | Accounts Available | Speedtest |
|---|---|---|---|---|---|---|
| Atlanta | United States | str-atl302 | OPEN | Shared IP | 0 | |
| Atlanta | United States | vpn-at4 | OPEN | Static IP | 65 | |
| Basel | Switzerland | vpn-or1 | OPEN | Static IP | 53 | |
| Buffalo | United States | vpn-fn1 | PPTP | Dynamic IP | 323 | |
| Buffalo | United States | str-buf101 | PPTP | Shared IP | 12 | |
| Buffalo | United States | vpn-fn2 | OPEN | Static IP | 51 | |
| Canterbury | United Kingdom | str-mse201 | PPTP | Shared IP | 96 | |
| Canterbury | United Kingdom | str-mse101 | PPTP | Shared IP | 85 | |