Case 1:21-cr-10104-PBS   Document 171-2   Filed 02/01/23   Page 1 of 2






| City | Country | Server Name | VPN Type | Static or Dynamic | Accounts Available | Speedtest |
|---|---|---|---|---|---|---|
| Atlanta | 🇺🇸 United States | str-atl302 | OPEN | Shared IP | 0 | 🔵 |
| Atlanta | 🇺🇸 United States | vpn-at4 | OPEN | Static IP | 65 | 🔵 |
| Basel | 🇨🇭 Switzerland | vpn-or1 | OPEN | Static IP | 53 | 🔵 |
| Buffalo | 🇺🇸 United States | vpn-fn1 | PPTP | Dynamic IP | 323 | 🔵 |
| Buffalo | 🇺🇸 United States | str-buf101 | PPTP | Shared IP | 12 | 🔵 |
| Buffalo | 🇺🇸 United States | vpn-fn2 | OPEN | Static IP | 51 | 🔵 |
| Canterbury | 🇬🇧 United Kingdom | str-mse201 | PPTP | Shared IP | 96 | 🔵 |
| Canterbury | 🇬🇧 United Kingdom | str-mse101 | PPTP | Shared IP | 85 | 🔵 |