UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>VLADISLAV KLYUSHIN   )<br>        Defendant   )<br>) | CRIMINAL NO. 21-cr-10104-PBS |

**SUPPLEMENTAL MEMO FURTHER OPPOSING 18 USC § 3238 CHARGE ON COUNT ONE**

    So the record is clear for any appeal in this case, and to avoid delaying summations, Vlad Klyushin crystallizes two objections to giving the jury a "high seas" venue instruction on indictment Count One (conspiracy). These objections amplify those previously lodged against instructing on § 3238 generally. Both are based partly, though not exclusively, on *U.S. v. Auernheimer*, 748 F.3d 525 (CA3 2014).

    1.    Venue for a conspiracy charge properly lies in the district or districts where its underlying object offenses may be properly prosecuted.

    2.    No essential conduct element of the conspiracy charged in Count One occurred outside the United States. Mere *agreement* doesn't constitute essential *conduct* for purposes of establishing venue.

                                        Respectfully submitted,

                                        Vladislav Klyushin,
                                        By His Attorney,

                                        **/s/ Maksim Nemtsev**
                                        Maksim Nemtsev, Esq.
                                        Mass. Bar No. 690826
                                        20 Park Plaza, Suite 1000
                                        Boston, MA 02116
                                        (617) 227-3700

menemtsev@gmail.com

**/s/ Marc Fernich**
Marc Fernich
Law Office of Marc Fernich
800 Third Avenue
Floor 20
New York, NY 10022
212-446-2346
Email: maf@fernichlaw.com

Dated: Feb. 10, 2023

**CERTIFICATE OF SERVICE**

    I, Maksim Nemtsev, hereby certify that on this date, Feb. 10, 2023, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Maksim Nemtsev**
Maksim Nemtsev