UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VLADISLAV KLYUSHIN,<br><br>         Defendant. | Criminal No. 21-10104-PBS |

**VERDICT FORM**

Saris, D.J.

Count One (Conspiracy to Obtain Unauthorized Access to Computers or to Commit Wire Fraud or to Commit Securities Fraud)

_____ not guilty          __X__ guilty

Count Two (Wire Fraud; Aiding and Abetting)

_____ not guilty          __X__ guilty

Count Three (Unauthorized Access to Computers; Aiding and Abetting)

_____ not guilty          __X__ guilty

Count Four (Securities Fraud; Aiding and Abetting)

_____ not guilty          __X__ guilty

I certify that the members of the jury unanimously agree with all the above answers.

Dated: 2/14/2023

_____
JURY FOREPERSON