```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS


   UNITED STATES OF AMERICA,          )
                                      )
              Plaintiff               )
                                      )
         -VS-                         ) Criminal No. 21-10104-PBS
                                      ) Pages 11-1 - 11-7
   VLADISLAV KLYUSHIN,                )
                                      )
              Defendant               )
```

**JURY TRIAL – DAY ELEVEN**

             BEFORE THE HONORABLE PATTI B. SARIS
                 UNITED STATES DISTRICT JUDGE


                                  United States District Court
                                  1 Courthouse Way, Courtroom 19
                                  Boston, Massachusetts  02210
                                  February 13, 2023, 9:02 a.m.


                          LEE A. MARZILLI
                        OFFICIAL COURT REPORTER
                      United States District Court
                      1 Courthouse Way, Room 7200
                         Boston, MA  02210
                          leemarz@aol.com

```
 1  A P P E A R A N C E S:

 2         SETH B. KOSTO, ESQ. and STEPHEN E. FRANK, ESQ.,
     Assistant United States Attorneys, Office of the United States
 3   Attorney, 1 Courthouse Way, Room 9200, Boston, Massachusetts,
     02210, for the Plaintiff.
 4
           MAKSIM NEMTSEV, ESQ., 20 Park Plaza, Suite 1000,
 5   Boston, Massachusetts, 02116, for the Defendant.

 6         MARC FERNICH, ESQ., Law Office of Marc Fernich,
     800 Third Avenue, Suite Floor 20, New York, New York, 10022,
 7   for the Defendant.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                     P R O C E E D I N G S
 2            THE COURT:  Let me just say one thing.  I wanted to
 3   formally deny the motions.  I didn't know if anyone was going
 4   to be briefing it over the weekend, and no one did.  I assume
 5   that any briefing on it will come in, if necessary, at the end
 6   of -- so I hadn't formally denied.  I wasn't sure whether
 7   people had asked to brief it afterwards, but I think I need to
 8   do that on the record.
 9            MR. FERNICH:  We'll see what happens.
10            THE COURT:  All the motions and directed verdict
11   denied.
12            THE CLERK:  I'll put it in my notes.
13            THE CLERK:  All rise for the jury.
14            (Jury enters the courtroom.)
15            THE COURT:  Good morning.
16            THE JURY:  Good morning.
17            THE COURT:  Did anyone speak about the case, see
18   anything in the press?  Anyone try and communicate with you?
19   Fine.  I'm just going to let you go.
20            Maryellen will ask around 3:30, quarter of 4:00 if you
21   want to go home.  That's not meant to rush you.  The room is
22   yours for as long as you want.  Between 1:00 and 2:00 is lunch,
23   so I won't take questions during that time.
24            Don't forget, I sent you the new verdict form, the one
25   that responded to your question, so make sure that you only use
```

```
 1  that one.  Thank you.  All right, thank you.
 2          (Jury excused.)
 3          THE COURT:  Just for the record, the new verdict form
 4  just has Mr. Klyushin's name on it, if you remember correctly.
 5  So between 1:00 and 2:00 is totally sacrosanct, so I won't take
 6  questions.  Otherwise, I don't think there's anything we need
 7  to do.
 8          (Discussion between the Court and Court Reporter.)
 9          THE COURT:  Have you sent them out to everyone?  Are
10  they okay to go in?
11          MR. FRANK:  Yes.
12          MR. NEMTSEV:  Yes.
13          THE COURT:  And for that matter, I may need a copy of
14  all the exhibits after.  If I do, I've never gotten a full
15  paper copy, so thank you.
16          (A recess was taken, 9:05 a.m.)
17          (Resumed, 3:50 p.m.)
18          THE COURT:  Thank you. So the jury had a question.  I
19  think you had a chance to eyeball it.  Essentially what it says
20  is, "If venue was properly established for one of the charged
21  counts, does that necessarily mean that venue is proper for the
22  other counts?"  And essentially what it does is quotes from the
23  jury instructions on "Where an offense spans multiple
24  jurisdictions or a crime consists of distinct parts which have
25  different localities, the whole may be tried where any part can
```

|   |   |
|---|---|
| 1 | be proved to have been done."  That's a quote, I think, from |
| 2 | the jury instructions, or roughly a quote.  I think the answer |
| 3 | is quite simple.  I think the answer is, they have to go count |
| 4 | by count. |
| 5 | MR. FERNICH:  Yes, on Page 38 of the instructions that |
| 6 | Lee handed out this morning, Lines 23 through 25 say, "The |
| 7 | government must prove for each offense," so each one of those |
| 8 | counts we just went through, "that venue is proper in the |
| 9 | District of Massachusetts," and we would propose rereading |
| 03:51 10 | those lines. |
| 11 | THE COURT:  What I propose we do is -- it's ten of |
| 12 | 4:00, they're probably ready to go home -- I could either tell |
| 13 | them that when they come out or just write that on here.  I |
| 14 | propose I just say right now, "You have to decide it count by |
| 15 | count." |
| 16 | MR. FRANK:  That's fine with us, Judge.  We would ask |
| 17 | that if they want to stay, that they be permitted to stay. |
| 18 | THE COURT:  Of course, if they want to.  We haven't |
| 19 | heard that either.  Okay, so I'm just going to say -- |
| 03:52 20 | THE CLERK:  Do you want me to bring them out? |
| 21 | MR. KOSTO:  Your Honor, you could refer them to the |
| 22 | last three lines that Mr. Fernich just read by page and line |
| 23 | number as well because I believe they have a copy of it. |
| 24 | THE COURT:  Do you have the transcript? |
| 25 | THE CLERK:  I have this. |

|   |   |
|---|---|
| 1 | THE COURT:  So, I'm sorry, Mr. Fernich, what page was |
| 2 | that? |
| 3 | MR. FERNICH:  It was Page 38, the last three lines on |
| 4 | the page, Lines 23 through 25. |
| 5 | THE COURT:  So I'm going to say, "You have to decide |
| 6 | venue count by count," and then say "See Page 38 --" |
| 7 | MR. KOSTO:  Lines 23 through 25. |
| 8 | (Pause.) |
| 9 | THE COURT:  "You have to decide venue count by count. |
| 03:54 10 | See Page 38, Lines 23 through 25," with my name and date and |
| 11 | 3:52 p.m.  So I will have Maryellen bring it back.  Please stay |
| 12 | because I will find out what they want to do now.  I'll tell |
| 13 | her to ask if they want to go home. |
| 14 | THE CLERK:  Yes, I will do that. |
| 15 | MR. FERNICH:  Thank you, your Honor. |
| 16 | MR. KOSTO:  They're right there. |
| 17 | THE CLERK:  They want to go home. |
| 18 | (Discussion between the Court and Clerk.) |
| 19 | THE COURT:  Okay, we'll just take a two-minute recess. |
| 03:55 20 | I think they want to figure out if they're going or not. |
| 21 | THE CLERK:  They're in the hallway, so -- |
| 22 | (Discussion off the record.) |
| 23 | (A recess was taken, 3:55 p.m.) |
| 24 | (Resumed, 4:00 p.m.) |
| 25 | THE CLERK:  All rise for the jury. |

1              (Jury enters the courtroom.)
2              THE COURT:  All right, please don't be seated.  You've
3     had a long day.  I sent you back an answer on that note, and I
4     will see you tomorrow morning at 9:00 o'clock.  Hopefully
5     tomorrow won't be as exciting; we won't have a tour of the
6     courthouse outside.  You know, that was a real fire drill.  It
7     wasn't like a false alarm or anything.  But we're all safe now,
8     so see you tomorrow.  Thank you.  Please don't talk about the
9     case with anyone.  Thank you.
04:01 10              (Jury excused.)
11             THE COURT:  See you tomorrow morning.
12             MR. KOSTO:  Goodnight, your Honor.
13             THE COURT:  Here's the note, if anyone wants to take a
14    look at it.  Otherwise, I'll see you at 9:00 o'clock.
15             (Adjourned, 4:02 p.m.)

C E R T I F I C A T E

UNITED STATES DISTRICT COURT  )
DISTRICT OF MASSACHUSETTS     ) ss.
CITY OF BOSTON                )

I, Lee A. Marzilli, Official Federal Court Reporter, do hereby certify that the foregoing transcript, Pages 11-1 through 11-7 inclusive, was recorded by me stenographically at the time and place aforesaid in Criminal No. 21-10104-PBS, United States of America v. Vladislav Klyushin, and thereafter by me reduced to typewriting and is a true and accurate record of the proceedings.

Dated this 15th day of February, 2023.

/s/ Lee A. Marzilli
_____
LEE A. MARZILLI, CRR
OFFICIAL COURT REPORTER