UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VLADISLAV KLYUSHIN,<br>  a/k/a "Vladislav Kliushin"<br>IVAN ERMAKOV,<br>  a/k/a "Ivan Yermakov," and<br>NIKOLAI RUMIANTCEV,<br>  a/k/a "Nikolay Rumyantsev,"<br><br>            Defendants | 21-cr-10104 (PBS) |

## JOINT MOTION TO CONTINUE SENTENCING

The United States of America and defendant Vladislav Klyushin, by their counsel, respectfully propose that the Court continue the defendant's sentencing from May 4, 2023 to May 17, 2023, or a later date convenient to the Court, subject to the availability of a Russian-language interpreter. As grounds for the motion, the parties respectfully submit that the requested continuance will permit the Court to hear and decide the defendant's motion to acquit, Docket No. 222, before it imposes sentence.

                                                        Respectfully submitted,

VLADISLAV KLYUSHIN                              RACHAEL S. ROLLINS
Defendant                                       United States Attorney


By: */s/Maksim Nemtsev*                         By: */s/Seth B. Kosto*
MAKSIM NENTSEV                                  SETH B. KOSTO
MARC FERNICH                                    STEPHEN E. FRANK
Counsel to Defendant Klyushin                   Assistant U.S. Attorneys

Date:   April 11, 2023

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the parties' joint motion to continue the sentencing date will be served through Electronic Case Filing on counsel of records.

 /s/Seth B. Kosto_____
SETH B. KOSTO
Assistant United States Attorney

April 11, 2023