# Exhibit A

# DFIN Toppan Merrill Earnings Trades
## Profits over Maximum Net Deposit
### 1/1/18 – 9/30/20

| Trader | Maximum Net Deposit | Total profit from DFIN Toppan Merrill Earning Trades | Return |
|---|---|---|---|
| Igor Sladkov | $360,000 | $42,390,763 | 11,675% |
| Vladislav Klyushin | $2,101,460 | $20,902,031 | 895% |
| Alexander Borodaev | $2,803,328 | $12,454,502 | 344% |
| Sergey Uryadov | $1,405,049 | $8,611,350 | 513% |
| Mikhail Irzak | $35,631 | $7,644,660 | 21,355% |
| Boris Varshavskiy | $500,000 | $2,025,087 | 305% |
| Rumiantcev | $63,000 | $1,861,206 | 2,854% |
| M13 | $1,576,443 | $1,880,502 | 19% |

Source: Trading Blotters; Cash Flows Files; I/B/E/S (Institutional Brokers' Estimate System; Account Statements; CRSP (Center for Research In Security Prices); Refinitiv

Note:
[1] Maximum net deposit denotes the maximum amount that deposits exceeded withdrawals across a traders accounts during the relevant time period.
[2] Trading activity is for US exchange-listed securities or contract for differences on such.
[3] Earnings Trade defined as trade opened within three days prior to and closed after an earnings announcement.
[4] Earnings Event identified as a DFIN or Toppan Merrill earnings event if either the 8-K, 10-Q, 10-K, 6-K, 20-F, or 40-F filing associated with the earnings event was identified as having a DFIN or Toppan Merrill accession number.
[5] Profits of $57,745 from Sladkov's 285685 account are removed from the calculation because no cash flow or account statements were available for that account.
[6]  Return of the S&P 500 for the 1/1/18 - 9/30/20 time period was 25.7%.



EXHIBIT
MM 2/8
202
21-cr-10104-PBS