# Exhibit B

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


   * * * * * * * * * * * * *
 UNITED STATES OF AMERICA     *
                              *    CRIMINAL ACTION
             v.               *    No. 21-10104-PBS
                              *
 VLADISLAV KLYUSHIN,          *
 a/k/a VLADISLAV KLIUSHIN     *
                              *
   * * * * * * * * * * * * *



           BEFORE THE HONORABLE MARIANNE B. BOWLER
                UNITED STATES MAGISTRATE JUDGE
                     INITIAL APPEARANCE
                     December 20, 2021


 APPEARANCES:

         UNITED STATES ATTORNEY'S OFFICE, (By AUSA Seth B.
    Kosto) 1 Courthouse Way, Suite 9200,  Boston,
    Massachusetts, 02210, on behalf of the United States of
    America

         LAW OFFICE OF MAKSIM NEMTSEV, (By Maksim Nemtsev,
    Esq.) 20 Park Plaza, Suite 1000, Boston, Massachusetts,
    02116, on behalf of the Defendant


 ALSO PRESENT:  Tricia Marcy, United States Probation



                              Courtroom No. 25
                              (Via videoconference)
                              1 Courthouse Way
                              Boston, Massachusetts 02210


                   James P. Gibbons, RPR, RMR
                     Official Court Reporter
                  1 Courthouse Way, Suite 7205
                   Boston, Massachusetts  02210
                     jamesgibbonsrpr@gmail.com
```

EXHIBIT 144
21-cr-10104-PBS

```
 1    with your lawyer before answering each and every question.
 2    But I do require that the questions are answered under oath.
 3         Madam Clerk, will you please swear the defendant.
 4             THE CLERK:  Please raise your right hand.
 5                    VLADISLAV KLYUSHIN, sworn.
 6             THE CLERK:  Thank you.
 7             THE COURT:  Please state your name for the record.
 8             THE DEFENDANT (Through interpreter):  Vladislav
 9    Klyushin.
10             THE COURT:  And your address.
11             THE DEFENDANT (Through interpreter):  My address in
12    Moscow?
13             THE COURT:  Yes.
14             THE DEFENDANT (Through interpreter):  Thirteen
15    Arbat, A-R-B-A-T, Street, Apartment 5, Moscow.
16             THE COURT:  Mr. Kosto, were there Title IIIs here?
17             MR. KOSTO:  No, your Honor.
18             THE COURT:  Your telephone number?
19             THE DEFENDANT (Through interpreter):  Plus seven,
20    (985)410-1413.
21             THE COURT:  And your age?
22             THE DEFENDANT (Through interpreter):  Forty-one.
23             THE COURT:  And the year you were born?
24             THE DEFENDANT (Through interpreter):  1980.
25             THE COURT:  Where were you born?
```

```
 1                THE DEFENDANT (Through interpreter):  Moscow
 2    region.
 3                THE COURT:  Where did you go to school, and how far
 4    did you go in school?
 5                THE DEFENDANT (Through interpreter):  Should I tell
 6    you about all of my education including higher education or
 7    just school?
 8                THE COURT:  Higher education.
 9                THE DEFENDANT (Through interpreter):  I have two
10    higher educations.  One, I am a lawyer, and I am a Ph.D. in
11    jurisprudence, criminal jurisprudence.
12         And the second degree is in municipal governance.
13                THE COURT:  Are you married or single?
14                THE DEFENDANT (Through interpreter):  Married.
15                THE COURT:  Do you have any children?
16                THE DEFENDANT (Through interpreter):  Yes.  I have
17    five children.
18                THE COURT:  All with the same mother?
19                THE DEFENDANT (Through interpreter):  No, from two
20    mothers -- with two mothers.
21                THE COURT:  How are you employed?
22                THE DEFENDANT (Through interpreter):  I work at
23    several companies.  But my major place of employment, I'm an
24    owner of a company, M13.
25                THE COURT:  Do you have a passport?
```