# Exhibit C

20:33   LTE

nr@m13.ru
To: Vladislav Klyushin

19:37

**Documenting profit at the end of 3rd quarter of 2020 for brokerage account of Aleksandr Borodaev (draft)**

Greetings.

The company M 13 has finished 3rd quarter of 2020 and plans to record profits based on trade results. Details provided in the table.

| | |
|---|---|
| Investment Capital | 10 013 068 USD |
| Portfolio value on 09/17/2020 | 11 324 505 USD |
| Profit on 09/17/2020 | 1 311 437 USD |
| Recorded amount | 1 000 000 USD |
| NDFL [Income Tax] (13%) | 130 000 USD |
| Net profit in the recorded amount | 870 000 USD |
| Client receives (40% net profit + [tax]) | 478 000 USD |
| Necessary to transfer to M 13 (60% net profit) | 522 000 USD |



EXHIBIT
55A
21-cr-10104-PBS

12:15 



**Nikolay Rumyantsev** 12:13
To: Vladislav Klyushin >

## Re: Documenting profit at the end of 3rd quarter of 2020 for the brokerage account of Sergey Uryadov (draft)

Greetings.

The company M 13 has finished 3rd quarter of 2020 and plans to record profits based on trade results. Details provided in the table.

| | |
|---|---|
| Investment Capital | 5 000 000 USD |
| Portfolio value on 09/17/2020 | 6 125 274 USD |
| Profit on 09/17/2020 | 1 125 274 USD |
| Recorded amount | 850 000 USD |
| NDFL [Income Tax] (13%) | 110 500 USD |
| Net profit in the recorded amount | 739 500 USD |
| Client receives (40% net profit + [tax]) | 406 300 USD |
| Necessary to transfer to M 13 (60% net profit) | 443 700 USD |



EXHIBIT
56A
21-cr-10104-PBS

   

17:11  LTE

**nr@m13.ru**  17:00
TO: Klyushin and 2 others... >

## Report on June-July 2020

Greetings,

I am sending over information on yesterday's trading, as well as a non-fixed profit for BURL for the end of past quarter.

| Accounts | Changes to portfolio for June 1 – July 24, 2020 | Start up capital | Value on July 24, 2020 at 23:00 | Client | Shares | Value shares price 23.00 |
|---|---|---|---|---|---|---|
| VK_SAXO | $105 873.41 | $1 000 000.00 | $2 105 873.41 | VKS1 | 33.33% | $1 035 29 |
|  |  | $1 000 000.00 | $2 105 873.41 | VKS2 | 33.33% | $1 035 29 |
|  |  | $1 000 000.00 | $2 105 873.41 | VKS3 | 33.33% | $1 035 29 |
| A9_SAXO | $262 928.40 | $10 013 068.03 | $16 275 996.43 | A9 | 100.00% | 665 29 999.4 |
| USS_SAXO | $324 139.00 | $5 000 000.00 | $5 324 139.00 | USS | 100.00% | $5 324 1 |
| NR | -$66 638.00 | $1 116 978.00 | $1 050 340.00 | NR | 100.00% | $1 050 3 |
| M13 | -$63 313.00 | $1 360 879.00 | $1 297 566.00 | M13 | 100.00% | $1 297 54 |
| VKS | -$104 111.00 | $500 000.00 | $395 889.00 | VKS | 100.00% | $395 88 |
| VK_BCS | $196 040.00 | $1 000 000.00 | $1 800 060.00 | BCS1 | 50.00% | $900 53 |
|  |  | $1 000 000.00 | $1 800 060.00 | BCS2 | 50.00% | $900 53 |
|  | $261 938.81 |  |  |  |  | $23 25 663,0 |

--

**Very respectfully,
Nikolay Rumyantsev
Deputy General Director
M13
+7 (903) 106-86-34
nr@m13.ru**



EXHIBIT 57A
21-cr-10104-PBS

