Your Honour,

My name is Cherepkova Anna, I'm a family friend and mother of two wonderful children. I want to tell you about Vladislav Klushin, how I see him as the best father and family man I've ever met.

Vladislav is the best and responsible father around people I know. He never missed a single family gathering nor his children' or friends' birthday.

As a farter of five, he took part in preparations of every of his child's birthday parties. He comes up with competitions and activities, makes up time plan for events. Also he decorated the house for the party. His passion with his kids speaks about him as a reasonable and wise man. His conversations with children helped them through life a lot. Considering the tough life of a teenagers in our social media era, he always found right words to call everyone down and resolve teenage problems.

Vladislav is a pet- lover. His favourite pet is a dog, they used ti spent all free time together.

Vladislav is also en eco- activist, 5 years ago we planted several spruces in the yard, now we decorate them for Christmas. My kids grew up and we remember how we planted these trees every year.

I'm a volunteer in orphan's house, but I asked Vladislav to keep that in secret. And he did, although, he helped me with volunteering a lot. He never shared it with anyone, never shared his help and his empathy. He said that only our actions matter, not our words.

Vladislav is a caring son, treats his mother with respect and love. I love his childhood stories, they are adorable. His big love for family is embed by his mother.

Your Honour, maybe this characteristic will help you to know Vladislav better as a person. He is the most humble, decent man I've ever knew.

He cares about people's lives around him. He is a law abiding citizen.

With all respect,

Anna Cherepkova, Vladislav Klushin' friend.

*Черепкова Анна* [signature]

*Черепкова А.*
29.03.2022 [signature]