Уважаемый судья,

Меня зовут Пётр Алексеев. Я работаю частным теннисным тренером. Влада Клюшина я знаю с 2013 года. Он – муж близкой подруги моей жены.

Влад для меня максимально позитивный и отзывчивый человек. Чем больше его знаешь и чем больше с ним общаешься, тем больше понимаешь его настоящую щедрую и широкую натуру. Если Влад узнает, что человек попал в беду или у ближнего проблемы, то он тут бросается помочь и делает, чтобы ему это не стоило.

Влад имеет широкий кругозор, начитан, образован, развит всесторонне. Приятный собеседник. С ним интересно общаться. У него великолепное чувство юмора. Он также умеет слушать собеседника и даёт ценные и действенные советы.

Большой потребностью Владислава является общение: ему жизненно важно общаться с людьми. Не представляю себе Влада лишённого этого. И что самое важное люди вокруг него также ищут общение с Владом. Это также подтверждает его открытость и отзывчивость.

Влад активно занимается спортом. Совсем недавно он начал заниматься большим теннисом и за два года достиг уровня хорошего любителя. В его планах открытие детской теннисной академии в России. Любимый игрок -Роджер Федерер.
Его также увлекают путешествия с целью познания культурных и архитектурных ценностей и традиций разных стран. Любит горные лыжи и особенно сноубординг.

Я знаю его как ответственного человека, кто в трудной ситуации сделает все, что от него зависит, не перекладывая трудности на окружающих. Владислав – человек слова. Если он пообещает, можно быть уверенным, что он выполнит свое обещание.

Он - надежный друг. Ему можно доверять и быть увереным, что он не предаст и не подведет. В общении с друзьями он душа компании, главный человек, несмотря на общительность также готов выслушать, не хвастаясь о своих достижениях.

Может поделиться своим безвозмездно. Владислав узкому кругу людей известен своей благотворительностью. Мало кто знает, что он не афишируя это помогает людям в разных жизненных ситуациях.

Влад известен как общительный человек, легко вступает в контакт, имееет знакомых в разных странах. Он открыт для общения, приветлив, интересный собеседник.

Он – оптимист: верит в лучшее и даже в самых сложных жизненных ситуациях от него не услышать жалобы. Имеет позитивный взгляд на жизнь.

Это те качества, которые нас обьединяют, почему мне и нравится с ним общаться.

Пётр Алексеев, друг Владислав Клюшина

*Алексеев Пётр*
*21.12.2021*

Dear Judge,

My name is Petr Alekseev. I work as a private tennis coach. I have known Vlad Klyushin since 2013. He is a husband of my wife's best friend.

Vlad is a maximum positive and responsive man. The more you know him and the more you communicate with him, the more you understand his real generous and broad nature. If Vlad finds out that a person is in trouble or a neighbor has a problem, then he rushes to help and does so that it doesn't cost him.

Vlad is broad-minded, well-read, educated, comprehensively developed. A pleasant companion. It is interesting to talk with Vlad on spiritual topics, in addition he will always support, listen and won't judge.

A great need for Vladislav is communication: it is vitally important for him to communicate with people. I can't imagine Vlad being deprived of this. And what is most important, people around him are also looking for communication with Vlad. It also confirms his openness and responsiveness.

Vlad is actively involved in sports. Most recently, he started playing tennis and in two years reached the level of a good amateur. His plans were to open a children's tennis academy in Russia. Favorite player - Roger Federer.
He is also fascinated by travel in order to learn about the cultural and architectural values and traditions of different countries. Loves downhill skiing and especially snowboarding.

I know him as a responsible person who, in a difficult situation, will do everything that depends on him, without shifting the difficulties onto others. Vladislav is a man of his word. If he promises, you can be sure that he will keep his promise.

He is a reliable friend. You can trust him and be sure that he will not betray or let you down. In communicating with friends, he is the soul of the company, the main person, despite his sociability, is also ready to listen, without boasting about his achievements.

He can share yours for free. Vladislav is known to a narrow circle of people for his charity work. Few people know that he helps people in different life situations without advertising it.
Vlad is known as a sociable person, easily comes into contact, has acquaintances in different countries. He is open to communication, friendly, interesting conversationalist.

He is an optimist: he believes in the best and even in the most difficult life situations from him you will not hear complaints. Has a positive outlook on life.

These are the qualities that unite us, which is why I liked to communicate with him.
Petr Alekseev, friend of Vladislav Klyushin

*Alekseev Petr*
*21.12.2021*