Dear Judge,

My name is Elena Zakharova and I worked in Vladislav Klyushin's company from 2013 to 2015. During that time I got to know Vlad very well, and my impressions are only positive. Due to his lawyer education he always respected the law and acted only within the legal framework. He is the best manager I have ever worked with. He is always full of energy and enthusiasm, has a nuanced view of the world, a keen mind, a love of life, an excellent sense of humor and the ability to objectively assess the situation. Vlad is very involved in work process, tries to be aware of all the smallest details. He is moderately demanding, fair and extremely attentive to employees, interested in their needs and knows their life situations. He always tries to help and support them in some way. For my colleagues and me he is the gold standard of justice and humanity, a man who has achieved a lot in life thanks to hard work and character.

In 2019, when I had already stopped working in his company, I had a bit of family drama, and as a result I found myself in an extremely difficult financial situation, virtually without housing and funds, alone with a 6-month-old child. I turned to Vlad for help, because I really needed urgent legal advice, and there was no money for this. Vlad immediately responded and helped me solve the legal issue very quickly and efficiently. In addition, after learning about the situation and my plight, he offered me an opportunity to work from home, which really saved our lives, and for that I am forever grateful to him.

I know that Vlad has a big family, and he is a wonderful, loving and caring husband and father. I can imagine how hard it is for his family right now, especially for children. These thoughts make my heart ache and I pray that God and higher justice will allow them to reunite.

*Захаров Е. С.*