Dear Judge,

My name is Ekaterina Dubovitskaya. I work as an analyst at «M13». I met my supervisor Vladislav Klyushin 4 years ago, when I took a job with the company. Vladislav immediately made a very pleasant impression on me. After that I regularly contacted Vladislav on work issues.

I can confidently say that Vladislav has an amazing work ethic and efficiency. The managerial decisions he makes are usually sharp, to the point and executed with speed. Vladislav effectively manages the company, organizing for things to go smoothly and achieving great results.

As a person and as a leader Vladislav enjoys great respect from his peers and subordinates. Vladislav is always good-natured when dealing with employees, ready to provide help and support in all matters. Through all my years in the company, I have never met anyone who would speak ill of Vladislav or could say anything negative about him at all. On the contrary, I have heard only about his good qualities and good deeds, like helping several employees in difficult life situations. For me, as for all employees of the company, Vladislav is an example of kindness, empathy, honesty and decency.

Sincerely, Ekaterina Dubovitskaya