Dear judge,

My name is Olga Arsenyeva and I have been an employee of the wonderful «M-13» company for 5 years. I've known Vladislav Klyushin the same amount of time.

Over our acquaintance, Vladislav has proven himself to be a kind, understanding, empathetic and very sensitive person and boss. It's a pleasure to work with him.

I came to this job as a very young girl, trying to find my purpose after graduating the university. And I am infinitely glad that «M-13» has welcomed me in 2016.

At our first meeting Vladislav came across as a reasonable, polite, educated and intelligent person who enjoyed well-deserved authority among the team members. It was impossible not to notice Vladislav's openness and friendliness towards all employees of the company.

Vladislav told me repeatedly during meeting that I could turn to him for any help, and such an attitude from the company's head made me admire him even more!

Vladislav is also an incredible family man and father of five. However, I was also amazed that he found time to think about the employees' children. Vladislav always congratulates and gives presents not only to all employees, but also to their children.

In my eyes, Vladislav has proven himself as a person who can be trusted and whom you would want to follow anywhere.

With respect
Olga Arsenyeva