December 20, 2021
From Ksenia Mednikova
127204, Moscow
9-aya Severnaya liniya 25/1 app.83

To Whom it may Concern:

My name is Ksenia Mednikova and I have been an employee of Vladislav Klyushin since 2013. He is a wonderful person, great father and husband, and a good leader.

During the work, he was always attentive and open to his employees. Vladislav Klyushin found time to listen to employees on any questions. He helped to resolve not only work issues, but also helped in personal matters. Vladislav always tried to establish a family atmosphere in the company and with the aid of his leadership and help to employees in difficult times, he did it. He personally congratulated the employees on their birthday, supported them in difficult times. He paid for treatment for two employees, helped my colleagues when they lost their relatives, and was involved in charity work.

Vladislav always devoted time to me in working matters, mentored and supported me in general. I know that he is a good and decent person and a very caring leader.

Sincerely,

Ksenia Mednikova