Dear Judge,

I have been working for 8 years with Vladislav Klyushin. I have worked my way up in "M-13" from an ordinary employee to a department head. And through all these years my impression of Vladislav has remained extremely favorable, not only as a professional in his field, but also as a person. He is very efficient in his work, has extensive knowledge in various fields and achieves great results. Over the years since he started the company, Vladislav managed to put together a strong team of professionals, some of whom became not only colleagues, but also friends, his support system.

Vladislav is not one of those unreachable bosses, he is a very down-to-earth person, always welcoming your ideas, suggestions or complaints. He is friendly and attentive to his employees. When we meet in the office, he is always interested in how I am doing, always asks if there are any problems. Vladislav is empathetic and fair-minded. I do not know anyone in our company who doesn't respect him. Right now he is not with us and we do feel a sort of emptiness. We all hope for his speedy return.

Ekaterina Velichko,

Head of Online Media Department.