Moscow                                                                          21 December 2021

## Deterioration of the financial condition of LLC "M 13" after the arrest of the founder of the company Klyushin Vladislav.

After the arrest of the owner of LLC "M 13" Vla. Klyushin, the financial condition of the company deteriorated significantly. Fearing for the stability of the company in the absence of the owner of the company, the clients of LLC "M 13" using the Software of M13 LLC "Katyusha", namely

- Concern Radioelectronic Technologies JSC (Revenue under the contract in 2020 – 1.1 million US dollars, source: https://zakupki.gov.ru/223/purchase/public/purchase/info/contractInfo.html?regNumber=32009215572 )
- Moscow Department of Information Technology (revenue under the contract in 2020– US$ 2.15 million, source: https://zakupki.gov.ru/epz/order/notice/ea44/view/common-info.html?regNumber=0173200001420001523 )

they refused to renew contracts in 2021.

To prevent staff reduction (the number of employees by the average number of employees is more than 100 people) in the context of the continuation of the COVID–19 pandemic, Vladislav Klyushin decided to support the company in order to close the lost profits under the above contracts at his own expense.

CEO of "M13 LLC"                         *[signature]*                         Aleksandr Badikov