Dear Judge,

My name is Vladimir Chernetsky. I've been working in IT business for more than twenty years, including large international companies. Now I'm managing my own business in software development. I've known Vladislav Klyushin since year 2015, when we started business collaboration.

He was very open-minded and clever person. We quickly became close friends with him and his family, so did our children, who shared some common activities like dancing and surfing. Personally, he is very kind and good natured person, always been ready to help and support his friends in all their needs.

We spend a lot of time together. I've been on all his birthday celebrations and other parties, where there were a lot of his friends and partners representing very different parts of his life. It is very clear for me that he was highly appreciated and respected by all people I've seen with him, because of his broad interest, positivity, sense of humor, and very sincere interest in other people.

He also did a lot of sports, from golf to tennis, and he has been clearly very well motivated in all his endeavors, what also influenced many of his friends. We spend many of times with him discussing even modern science, and he was eager to understand very complicated issues, his mind is very vivid and wondering. Not only in his work, but also in his hobbies, he's been disciplined, well-organized and very honest person.

Also I had to mention that he supported various cultural activities, his company was a sponsor of Russian Tretyakov Gallery of Arts.

To my experience, he is an example of very good man in common sense of this word, credible and faithful.

Sincerely,

Vladimir Chernetsky

20.12.2021
Moscow, Russia