*Перевод с русского языка на английский язык / Translation from Russian into English*

# Lighthouse Charity Foundation

## OOO "M 13"

### Dear Klyushin Vladislav Dmitievich!

Lighthouse Charity Foundation would like to thank you for your donation. The wire will be used to help children and young adults suffering from incurable diseases.

Lighthouse Charity Foundation helps incurable children and young adults (under 30 y.o.) in Moscow and Moscow region. About a thousand families who had to face terminal illness or child loss receive assistance as part of the Lighthouse Charity Foundation program or project every year. Our budget is primarily fed by smaller individual donations that come from ordinary people. Families receive help free of any charges, no strings attached.

We strongly believe that children suffering from incurable deceases share the same rights as healthy kids and shouldn't stick in intensive care for the rest of their lives. Lighthouse Charity Foundation helps families to bring their kids back from, arranging all the help they might need at home. We provide families with non-stop medical assistance as well as psychological, social, law and charitable support.

Our goal is to help the families live their lives to the fullest, enjoy love and great moments with their children, no matter how sick they are. Our purpose is also to make sure that at the end of his or her days not a single child suffers from pain or is left alone.

To us and the kids we help your donation is priceless. We are happy to have a friend like you as our supporter to help the children suffering from incurable deceases!

The Executive Director
Lighthouse Charity Foundation

*/signature/*    Prokopyeva Y.I.

THANK YOU!

mayak.help

*seal*: Lighthouse Charity Foundation

*Перевод с русского языка на английский язык сделан мной, переводчиком Кастрецкой Е.С.*
*The translation from Russian into English was performed by me, the translator  Kastretskaya E.S.*





ООО «М 13»

Уважаемый Владислав Дмитриевич Клюшин!

Благотворительный фонд «Дом с маяком» благодарит Вас за совершенное пожертвование. Полученные средства мы направим на оказание помощи неизлечимо больным детям и молодым взрослым.

Благотворительный фонд «Дом с маяком» помогает неизлечимо больным детям и молодым взрослым до 30 лет на территории Москвы и Московской области. Около тысячи семей, сталкиваясь с неизлечимой болезнью или потерей ребенка, ежегодно получают помощь в программах и проектах «Дома с маяком». Бюджет фонда складывается преимущественно из небольших пожертвований обычных людей. Семьи получают помощь абсолютно бесплатно.

Мы убеждены, что дети с неизлечимыми заболеваниями имеют те же права, что и здоровые дети, и не должны всю свою жизнь провести в реанимации. «Дом с маяком» помогает забирать неизлечимо больных детей из больниц, организовывая необходимую помощь на дому. Мы предоставляем семьям постоянное медицинское сопровождение, психологическую, социально-правовую и благотворительную поддержку.

Наша цель – сделать так, чтобы, несмотря на болезнь ребенка, семьи могли прожить максимально счастливую, полную любви и хороших событий жизнь вместе со своими детьми и чтобы в конце жизни ни один ребенок не страдал от боли и не оказался один.

Для нас и наших подопечных детей Ваша помощь бесценна. Мы рады, что рядом с нами в поддержке детей с неизлечимыми заболеваниями есть такие друзья, как Вы!

Исполнительный директор
фонда "Дом с маяком"

Прокопьева Е.И.

Спасибо!
mayak.help



рисунок Алины Заболотной