*Перевод с русского языка на английский язык / Translation from Russian into English*

# Children recovered from serious diseases rehab charity fund Sheredar sending our sincere gratitude to

# OOO «M 13»

for your help with SHARE DANCE BATTLE fundraising charitable event arrangement and execution.

Your compassion lets us make this world better and help the children who had to overcome their fears and spend long months in hospitals. As well as bring them back their self-belief and make them feel they are still little kids!

K.V. Davidson
the Head of charity fund Sheredar     */signature/*

*round seal*: charity fund Sheredar

Thank you for you kind hearts, compassion and support.
Thank you for bringing the kids back the joys of life together with us.

*Перевод с русского языка на английский язык сделан мной, переводчиком Кастрецкой Е.С.*
*The translation from Russian into English was performed by me, the translator Kastretskaya E.S.*





# Благодарность

Благотворительный фонд реабилитации детей, перенесших тяжелые заболевания, «Шередарь» выражает искреннюю благодарность

## ООО «М 13»

за помощь в подготовке и реализации благотворительного мероприятия SHARE DANCE BATTLE, направленного на сбор средств в пользу фонда.

Ваше неравнодушие позволяет нам делать мир лучше и помогать детям, прошедшим через страх и долгие месяцы больничной жизни, вернуть уверенность в себе и снова почувствовать себя детьми!

К.В. Давидсон
*Директор благотворительного фонда «Шередарь»*

**Спасибо за ваше доброе сердце, неравнодушие и поддержку. Спасибо, что возвращаете детям радость жизни вместе с нами.**

